Brandon James Leavitt, TX Bar No. 24078841, *pro hac vice*
**Brandon James Leavitt**
ELDREDGE LEAVITT LAW FIRM
4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
801-916-8723
jsmith@mks-law.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS**<br><br>**Plaintiffs,**<br><br>v.<br><br>**E & R LLC *d/b/a* HER TACTICAL; VICKY ARLENE JOHNSTON *d/b/a* HER TACTICAL; BLAKE CHEAL, individually and in his capacity as settlor and trustee of THE BLAKE AND TANYA CHEAL FAMILY LIVING TRUST; and GRANT LEE CAVALLI**<br><br>**Defendants.** | **PROPOSED ORDER**<br><br>Civil No. 1:22-cv-00121-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead<br><br>**JURY DEMANDED** |

Having reviewed the Stipulated Motion to Extend Deadline for Claim Construction Term Agreement, and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for the parties to reach agreement on claim construction terms under LPR 4.2(b) is extended from August 1, 2025, to August 8, 2025.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2025.

_____
**United States District Judge**