IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS**<br><br>**Plaintiffs,**<br><br>v.<br><br>**E & R LLC** *d/b/a* **HER TACTICAL; VICKY ARLENE JOHNSTON** *d/b/a* **HER TACTICAL; BLAKE CHEAL, individually and in his capacity as settlor and trustee of THE BLAKE AND TANYA CHEAL FAMILY LIVING TRUST; and GRANT LEE CAVALLI**<br><br>**Defendants.** | **ORDER**<br><br>Civil No. 1:22-cv-00121<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Having reviewed the Stipulated Motion to Extend Deadline for Claim Construction Term Agreement, and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED (ECF No. 130). The deadline for the parties to reach agreement on claim construction terms under LPR 4.2(b) is extended from August 1, 2025, to **August 8, 2025.**

**IT IS SO ORDERED.**

Dated this 4th day of August, 2025.

_____
Dustin B. Pead
**United States** Magistrate **Judge**