Brandon James Leavitt, TX Bar No. 24078841, *pro hac vice*
Eldredge Leavitt Law Firm
4204 SW Green Oaks Blvd., Suite 140 Arlington, TX 76107
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323) MK SMITH, APC
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
801-916-8723
jsmith@mks-law.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION**

| | |
|---|---|
| **JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,**<br><br>Plaintiffs,<br><br>*versus*<br><br>**E & R LLC d/b/a HER TACTICAL;** *et. al.*<br><br>Defendants. | **JOINT SUBMISSION OF CLAIM TERMS FOR CONSTRUCTION**<br><br>**LPR 4.2(b)**<br><br>Case No. 1:22-cv-01121-DAK-DBP<br><br>Judge Dale A. Kimball<br>Magistrate Judge Dustin B. Pead<br><br>**Jury Demanded** |

TO THE HONORABLE COURT:

Pursuant to Local Patent Rule 4.1(b) [now 4.2(b)], the parties have met and conferred regarding claim terms and phrases for the Court to construe. The parties were unable to agree on ten terms for construction. Accordingly, pursuant to LPR 4.2(b), five terms are allocated collectively to all plaintiffs and five terms are allocated collectively to all defendants.

I. **Terms Allocated to Plaintiffs**

| Claim Terms and Phrases for the Court to Construe | Plaintiff's Proposed Constructions | Defendants' Proposed Construction | 35 U.S.C. § 112(f) Elements |
|---|---|---|---|
| *fastener protrusion* | A component that secures one object to another and extends beyond a surface | Plain ordinary meaning | N/A |
| *fastener housing* | A structure that contains or surrounds a fastening mechanism | Plain ordinary meaning | N/A |
| *disposed within a thickness* | Positioned inside the depth dimension of a material or structure | Plain ordinary meaning | N/A |
| *two magnets* | Two magnetic elements that work together | Plain ordinary meaning | N/A |
| *integrally secured* | Permanently attached to form a unified whole | Plain ordinary meaning | N/A |

II. **Terms Allocated to Defendants**

Defendants do not believe any claim construction is needed, and that the plain ordinary meaning should apply.

### III.  Conclusion

The parties respectfully request that the Court construe these terms and phrases in accordance with the briefing schedule established by the Local Patent Rules.

Respectfully Submitted,

  /Brandon J. Leavitt/
**Brandon James Leavitt**
Counsel for Plaintiffs

Agreed as to Form and Substance:

  /Bryan Todd/ (by permission)
**Bryan Todd**
Counsel for Defendants