**Brandon James Leavitt**
TX Bar No. 24078841, *pro hac vice*
Eldredge Leavitt Law Firm
4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107
(214) 727-2055
brandon@uslawpros.com

**Jason K. Smith** (Utah Bar No. 14323)
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
801-916-8723
jsmith@mks-law.com

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| **JM4 TACTICAL, LLC**; and **JAMES CHADWICK MYERS,**<br><br>Plaintiffs,<br><br>*versus*<br><br>**E & R LLC *dba* HER TACTICAL**;<br><br>*et. al.*<br><br>Defendants. | PLAINTIFFS' APPENDIX IN SUPPORT OF CLAIM CONSTRUCTION BRIEF<br><br>**LPR 4.3**<br><br>Case No. 1:22-cv-01121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead<br><br>**Jury Demanded** |

TO THE HONORABLE COURT:

By this submission Plaintiffs attempt to comply with the pagination, searchable, and bookmarking criteria of LPR 4.3(c)(2). Accordingly, various PDF documents have been transcribed herein, the source files of which are with Plaintiff and can be produced upon request for authentication or judicial notice.

Respectfully Submitted,

   /Brandon J. Leavitt/
**Brandon James Leavitt**

Counsel for Plaintiffs

I.  **Index Of Contents**

    A.  **Tab 1: Excerpts from Deposition of Vicky Arlene Johnston (November 2, 2023)**

        i.  *Page 78:5-9 (Lack of Technical Knowledge Re: Magnet Function)*

        ii.  *Page 179:2-7 (Not an Expert on Magnets)*

    B.  **Tab 2: Exhibit 26 to Deposition of Vicky Arlene Johnston**

        i.  *TotalElement Article – "Will stacking magnets together make them stronger?" (JM4HT-6701)*

        ii.  *US Magnetix Article – "How to Strengthen a Magnet" (JM4HT-6710)*

        iii.  *Email from Calvert Gamwell re: Magnet Strategy/JM4Tactical (JM4HT-12360)*

    C.  **Tab 3: Dictionary Definitions**

        i.  *Merriam-Webster: "fasten"*

        ii.  *Cambridge Dictionary: "protrusion"*

        iii.  *Cambridge Dictionary: "housing"*

        iv.  *Merriam-Webster: "thickness"*

        v.  *Merriam-Webster: "integral"*

**TAB 1: EXCERPTS FROM DEPOSITION OF VICKY ARLENE JOHNSTON**

*Page 78, Lines 5-9 (Lack of Technical Knowledge Regarding Magnet Function)*

**THE WITNESS: VICKY ARLENE JOHNSTON**
**DATE: November 2, 2023**

BY MR. LEAVITT:

Q. Does that stacked magnet function as a single magnet?

A. I don't really know how to answer that because I don't have any technical backing for that. I mean, if that's true, I don't know.

---

*Page 179, Lines 2-7 (Not an Expert on Magnets)*

**THE WITNESS: VICKY ARLENE JOHNSTON**
**DATE: November 2, 2023**

BY MR. LEAVITT:

Q. So let me ask this question again: Do two smaller magnets that are secured together function like a single thicker magnet?

A. So I am not an expert on magnets. If that -- like, I am not somebody who has gone to school or done a lot of research on magnetic force and stacking magnets and things like that. I have not done any type of analysis on stacking magnets. So I still don't know how to answer it.

**TAB 2: EXHIBIT 26 TO DEPOSITION OF VICKY ARLENE JOHNSTON**

*TotalElement Article (JM4HT-6701)*

**Source:** TotalElement Technical Documentation
**Bates Number:** JM4HT-6701
**Title:** "Will stacking magnets together make them stronger?"

**Relevant Text:**

"The answer is yes! By adding one disc magnet or block magnet on to the other, e.g. stacking, **the stacked magnets will work as one bigger magnet and will exert greater magnetic performance.**

Two identical disc or block magnets stacked together are almost twice as strong as one magnet as long as the thickness of the stack does not exceed the width/diameter of the stack."

*US Magnetix Article (JM4HT-6710)*

**Source:** US Magnetix Technical Guide
**Bates Number:** JM4HT-6710
**Title:** "How to Strengthen a Magnet"

**Relevant Text:**

"One other way to make a weak magnet stronger is to stack more of them together. **The stacked magnets will work as one to exert a greater magnetic force.** The more magnets you stack, the stronger they will be. That is, until the length of the stack is equal to the diameter of the magnet."

*Email from Calvert Gamwell re: Magnet Strategy/JM4Tactical (JM4HT-12360)*

**From:** Calvert Gamwell
**Sent:** Monday, January 23, 2023 11:39 PM
**To:** Shawndalyn Myers; Calvert Gamwell
**Subject:** Magnet Strategy/JM4Tactical
**Bates Number:** JM4HT-12360

To whom it may concern:

As an established neodymium magnet distributor, we are proud to serve many of the world's top manufacturers. We currently stock over 20 million magnets in 350 different sizes, shapes and configurations, and ship thousands of magnets each day to over 150,000 satisfied customers.

In regard to our analysis of JM4Tactical's magnet application, we believe the following:

First it is more cost-effective, as **combining two thinner less expensive magnets costs less than one thicker neodymium disc magnet.**

Second, handling thicker magnets is more dangerous to employees, as strong magnets such as those used by jm4tactical pose an ongoing and imminent risk when handled. They can forcefully pinch and lacerate a handler's fingers and result in injuries severe enough to warrant a trip to the ER. This can also result in damaged magnet components and products, increased delivery delays, staff downtime - in short a tremendous increase in waste and substantial loss of productivity.

Third, by enabling handlers to work with more manageable "modular" magnet units, i.e. the thinner less-dangerous discs, assembly workers can efficiently combine magnetic components while minimizing workplace injuries and associated costs.

---

**TAB 3: DICTIONARY DEFINITIONS**

*Merriam-Webster Dictionary - "fasten"*

**URL:** https://www.merriam-webster.com/dictionary/fasten
**Date Accessed:** August 29, 2025

**fasten** | verb | fas·ten | ˈfas-ᵊn

**Definition:**
transitive verb
1 a: to attach especially by pinning, tying, or nailing
b: to make fast and secure
c: to fix firmly or securely
2: to fix or set steadily

- fastened her attention on the speaker

intransitive verb
1: to become fast or fixed
2: to take a firm grip or hold

---

*Cambridge Dictionary - "protrusion"*

**URL:** https://dictionary.cambridge.org/us/dictionary/english/protrusion
**Date Accessed:** August 29, 2025

**protrusion** | noun | UK /prəˈtruː.ʒən/ US /proʊˈtruː.ʒən/

**Definition:**
something that sticks out from a surface, or the act of doing this:

- The small protrusion on the rock face made for an excellent handhold.

---

*Cambridge Dictionary - "housing"*

**URL:** https://dictionary.cambridge.org/dictionary/english/housing
**Date Accessed:** August 29, 2025

**housing** | noun | UK /ˈhaʊ.zɪŋ/ US /ˈhaʊ.zɪŋ/

**Definition:**
SPECIALIZED: a case or covering that surrounds a machine or part of a machine:

- The torpedo's guidance system is concealed in the housing at the nose of the weapon.
- The rotary engine housing prevents scuffing.

---

*Merriam-Webster Dictionary - "thickness"*

**URL:** https://www.merriam-webster.com/dictionary/thickness
**Date Accessed:** August 29, 2025

**thickness** | noun | thick·ness | ˈthik-nəs

**Definition:**
1: the smallest of three dimensions (length, width, and thickness)
2: the quality or state of being thick
3: the measure of the smallest dimension of a solid figure

- the thickness of the board is one inch 4: LAYER, SHEET
- a thickness of canvas

---

*Merriam-Webster Dictionary - "integral"*

**URL:** https://www.merriam-webster.com/dictionary/integral
**Date Accessed:** August 29, 2025

**integral** | adjective | in·te·gral | ˈin-ti-grəl, in-ˈte-grəl

**Definition:**
1 a: essential to completeness : CONSTITUENT
- an integral part of the curriculum 2: formed as a unit with another part

- a seat with integral headrest 3: composed of constituent parts : INTEGRATED 4: lacking nothing essential : ENTIRE

---