**Defendants' Appendix in Support of its Opposition to Plaintiffs' Claim Construction Brief**

| | |
|---|---|
| **Patent No. 9,784,530** | **1-7** |
| **Notice of Allowance for Patent Application No. 15/370,465** | **8-18** |
| **Patent No. 1,1747,109** | **19-26** |

US009784530B1

(12) **United States Patent**

Myers

(10) **Patent No.:** **US 9,784,530 B1**

(45) **Date of Patent:** **Oct. 10, 2017**

(54) **GUN HOLSTER SYSTEM AND METHOD OF USE**

(71) Applicant: **James Myers**, Abilene, TX (US)

(72) Inventor: **James Myers**, Abilene, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/370,465**

(22) Filed: **Dec. 6, 2016**

**Related U.S. Application Data**

(60) Provisional application No. 62/414,292, filed on Oct. 28, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| *F41C 33/00* | (2006.01) |
| *F41C 33/02* | (2006.01) |
| *F41C 33/04* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ **F41C 33/0236** (2013.01); **F41C 33/041** (2013.01); *F41C 33/0272* (2013.01)

(58) **Field of Classification Search**
CPC . F41C 33/0236; F41C 33/041; F41C 33/0272
USPC ......................... 224/183, 192, 193, 196, 198
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,003,670 | A | * | 10/1961 | Stella | F41C 33/0209 |
| | | | | | 224/192 |
| 3,008,617 | A | * | 11/1961 | Villwock | F41C 33/0209 |
| | | | | | 224/183 |
| 3,707,250 | A | * | 12/1972 | Esposito | F41C 33/0227 |
| | | | | | 224/243 |
| 4,620,654 | A | * | 11/1986 | Cook | F41C 33/0227 |
| | | | | | 224/192 |
| 5,018,653 | A | * | 5/1991 | Shoemaker | F41C 33/0227 |
| | | | | | 224/193 |
| 5,251,798 | A | * | 10/1993 | Theodore | F41C 33/0227 |
| | | | | | 224/192 |
| 5,322,200 | A | * | 6/1994 | Blanchard | F41A 17/02 |
| | | | | | 224/192 |
| 5,632,426 | A | * | 5/1997 | Beletsky | A45F 5/021 |
| | | | | | 224/192 |
| 5,820,003 | A | * | 10/1998 | Nichols | F41C 33/0227 |
| | | | | | 224/192 |
| 6,604,657 | B2 | * | 8/2003 | Yirmiyahu | F41C 33/0227 |
| | | | | | 224/243 |
| 2007/0163164 | A1 | * | 7/2007 | Avrahami | F41C 33/0227 |
| | | | | | 42/87 |
| 2013/0221045 | A1 | * | 8/2013 | McStay | A45F 5/021 |
| | | | | | 224/183 |

* cited by examiner

*Primary Examiner* — Adam Waggenspack
*Assistant Examiner* — Lester L Vanterpool
(74) *Attorney, Agent, or Firm* — Richard Eldredge; Eldredge Law Firm

(57) **ABSTRACT**

A gun holster system includes a body having a front side and a back side forming an upper opening disposed therebetween and forming a lower opening at a lower surface of the body; a strap assembly integrally secured to the body; a first magnet disposed within a thickness of the fastener protrusion; and a second magnet disposed within a thickness of the housing. The strap assembly includes an elongated strap extending from the body; a fastener protrusion extending from a surface of the elongated strap; and a faster housing extending from an outer surface of the back side of the body.

**3 Claims, 4 Drawing Sheets**



**U.S. Patent**    Oct. 10, 2017    Sheet 1 of 4    US 9,784,530 B1



F<small>IG.</small> 1
(Prior Art)

D_Appen_000002



Fig. 2



FIG. 3

D_Appen_000004



FIG. 4B



FIG. 4A

D_Appen_000005

US 9,784,530 B1

1

## GUN HOLSTER SYSTEM AND METHOD OF USE

### BACKGROUND

#### 1. Field of the Invention

The present invention relates generally to gun holsters.

#### 2. Description of Related Art

Gun holsters are well known in the art and are effective means to carry a firearm. For example, FIG. 1 is a front view of a conventional gun holster 101 having a body 103 forming an opening configured to receive a pistol 105 therein. A strap 107 is integrally attached to the body 103 at one end and removably engaged at a second end via a fastener 111, e.g., a button. The gun holster 101 is secured to an article of clothing such as a belt (not shown) of a user via a clip 109.

One of the common problems associated with holster 101 is the limited use and weight. For example, the bulkiness of holster 101 restricts the user's ability to effectively conceal the firearm and the weight deters some parties from carrying the firearm. Although great strides have been made in the area of gun holsters, many shortcomings remain.

### DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the embodiments of the present application are set forth in the appended claims. However, the embodiments themselves, as well as a preferred mode of use, and further objectives and advantages thereof, will best be understood by reference to the following detailed description when read in conjunction with the accompanying drawings, wherein:

FIG. 1 is a front view of a conventional gun holsters;

FIG. 2 is front oblique view of a gun holster system in accordance with a preferred embodiment of the present invention;

FIG. 3 is a back oblique view of the gun holster of FIG. 2;

FIGS. 4A and 4B are side views of the gun holster of FIG. 2.

While the system and method of use of the present application is susceptible to various modifications and alternative forms, specific embodiments thereof have been shown by way of example in the drawings and are herein described in detail. It should be understood, however, that the description herein of specific embodiments is not intended to limit the invention to the particular embodiment disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the present application as defined by the appended claims.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Illustrative embodiments of the system and method of use of the present application are provided below. It will of course be appreciated that in the development of any actual embodiment, numerous implementation-specific decisions will be made to achieve the developer's specific goals, such as compliance with system-related and business-related constraints, which will vary from one implementation to another. Moreover, it will be appreciated that such a devel-

2

opment effort might be complex and time-consuming, but would nevertheless be a routine undertaking for those of ordinary skill in the art having the benefit of this disclosure.

The system and method of use will be understood, both as to its structure and operation, from the accompanying drawings, taken in conjunction with the accompanying description. Several embodiments of the system are presented herein. It should be understood that various components, parts, and features of the different embodiments may be combined together and/or interchanged with one another, all of which are within the scope of the present application, even though not all variations and particular embodiments are shown in the drawings. It should also be understood that the mixing and matching of features, elements, and/or functions between various embodiments is expressly contemplated herein so that one of ordinary skill in the art would appreciate from this disclosure that the features, elements, and/or functions of one embodiment may be incorporated into another embodiment as appropriate, unless described otherwise.

The preferred embodiment herein described is not intended to be exhaustive or to limit the invention to the precise form disclosed. It is chosen and described to explain the principles of the invention and its application and practical use to enable others skilled in the art to follow its teachings.

Referring now to the drawings wherein like reference characters identify corresponding or similar elements throughout the several views, the figures depict various views of a gun holster system 201 and method of use in accordance with a preferred embodiment of the present application. It will be appreciated that the gun holster system 201 overcomes one of more of the above-listed problems commonly associated with the conventional gun holsters.

In FIG. 2, a front oblique view of system 201 is shown having a strap assembly 203 integrally attached to a body 205. During use, the body 205 is configured to carry a firearm while assembly 203 is configured to secure the body and firearm to an article of clothing.

Body 205 forms an upper opening 207 with partially separated sides 209, 211. The upper opening 207 is designed to receive a firearm (not shown) therein while sides 209, 211 are configured to come in contact with the sides of the firearm and configured to secure the firearm in a removably fixed position. Body 205 further includes a lower opening 301 that extend through a bottom surface 213. The opening 301 is adapted to receive the barrel of the firearm therethrough.

Assembly 203 includes an elongated strap 215 that has a fastener protrusion 219 that extends from surface 401, as depicted in FIG. 4A. The fastener protrusion is configured to engage within a cavity 307 created by a housing 305 the extends from surface 303. As depicted in FIGS. 4A and 4B, the protrusion fits within housing, which in turn creates a means to secure the assembly to the body. Accordingly, the protrusion and the cavity have the same geometric cylindrical shape.

The system 201 is further provided with 2 magnets 217 disposed within the thickness of the protrusion 219 and a third magnet disposed within the thickness of housing 305. The two magnets provide additional means to secure the strap 215 to the body 205. The magnet in 217 and 307 when connected cause retention on the gun so the gun will not fall out.

As shown in FIGS. 4A and 4B, the strap 215 is configured to fold about a joint 403 that enables connection between protrusion 219 and housing 305. The area between strap 215

D_Appen_000006

US 9,784,530 B1

3

and surface **303** of body **205** is adapted to receive an article of clothing there between and magnet retention on the gun.

The particular embodiments disclosed above are illustrative only, as the embodiments may be modified and practiced in different but equivalent manners apparent to those skilled in the art having the benefit of the teachings herein. It is therefore evident that the particular embodiments disclosed above may be altered or modified, and all such variations are considered within the scope and spirit of the application. Accordingly, the protection sought herein is as set forth in the description. Although the present embodiments are shown above, they are not limited to just these embodiments, but are amenable to various changes and modifications without departing from the spirit thereof.

What is claimed is:

**1**. A gun holster system for carrying a gun, comprising:
a body having a front side and a back side forming an upper opening disposed therebetween and forming a lower opening at a lower surface of the body;
a strap assembly integrally secured to the back side body, the strap assembly having:
an elongated strap extending from and integrally secure to the back side of the body;
a fastener protrusion extending from a back surface of the elongated strap; and

4

a fastener housing extending from an outer surface of the back side of the body, the fastener housing being configured to engage with the fastener protrusion;
wherein the elongated strap folds backwards and away from the upper opening to cause the fastener protrusion and the fastener housing to engage;
two magnets disposed within a thickness of the fastener protrusion; and
a third magnet disposed within a thickness of the housing;
wherein the two magnets are configured to engage with the third magnet;
wherein engaging the two magnets with the third magnet does not obstruct the upper opening and does not obstruct or hinder entire removal of the gun from the body; and
wherein a combined magnetic retention strength generated by the two magnets and third magnet is strong enough to retain the gun within the body.

**2**. The system of claim **1**, further comprising:
a cavity formed by the housing;
wherein the protrusion removably secured within the cavity.

**3**. The system of claim **1**, wherein the lower opening is configured to receive a portion of the gun therethrough.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 107111        7590        08/25/2017 | | EXAMINER |
| Eldredge Law Firm | | VANTERPOOL, LESTER L |
| 777 Main Street | | |
| Ste 600 | ART UNIT | PAPER NUMBER |
| Fort Worth, TX 76102 | 3782 | |

DATE MAILED: 08/25/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/370,465 | 12/06/2016 | James Myers | 3168-1A-1NRE | 4666 |

TITLE OF INVENTION: GUN HOLSTER SYSTEM AND METHOD OF USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $240 | $0 | $0 | $240 | 11/27/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.  THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

D_Appen_000008

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or <u>Fax</u>** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

107111         7590         08/25/2017
Eldredge Law Firm
777 Main Street
Ste 600
Fort Worth, TX 76102

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/370,465 | 12/06/2016 | James Myers | 3168-1A-1NRE | 4666 |

TITLE OF INVENTION: GUN HOLSTER SYSTEM AND METHOD OF USE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $240 | $0 | $0 | $240 | 11/27/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| VANTERPOOL, LESTER L | 3782 | 224-183000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

D_Appen_000009

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/370,465 | 12/06/2016 | James Myers | 3168-1A-1NRE | 4666 |

107111    7590    08/25/2017

Eldredge Law Firm
777 Main Street
Ste 600
Fort Worth, TX 76102

| EXAMINER |
|---|
| VANTERPOOL, LESTER L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3782 | |

DATE MAILED: 08/25/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

D_Appen_000010

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 15/370,465 | Applicant(s) MYERS, JAMES | |
|---|---|---|---|
| | Examiner LESTER L. VANTERPOOL | Art Unit 3782 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *July 31, 2017*.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-3*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some   *c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/LESTER L. VANTERPOOL/
Examiner, Art Unit 3782

Application/Control Number: 15/370,465                                    Page 2

Art Unit: 3782

## DETAILED ACTION

1.      This office action is in response to the amendment and / or remarks filed on July

31, 2017.  Claims 1 – 3 are pending and currently being examined.

### *Notice of Pre-AIA or AIA Status*

2.      The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### *Allowable Subject Matter*

3.      The following is an examiner's statement of reasons for allowance:

(U.S. Patent Number 3,003,670) to Stella discloses the gun holster system

comprising: the body (4) having the front side and the back side forming the upper

opening disposed therebetween and forming the lower opening at the lower surface of

the body (4) (See Figure 3);

the strap assembly (See Figure 3) integrally secured to the back side body (See

Figure 3), the strap assembly having: the elongated strap (2) <u>extending from and</u>

<u>integrally secured</u> to the back side of the body (4) (See Figure 3);

the fastener protrusion (11) extending from the back surface of the elongated

strap (2);

wherein the elongated strap (2) folds backwards and away from the upper

opening to cause the fastener protrusion (11); and

Application/Control Number: 15/370,465                                          Page 3
Art Unit: 3782

the lower opening (12) <u>configured</u> to receive the portion of the gun (G)

therethrough (See Figures 3 & 5).


However, Stella **does not** disclose the fastener housing extending from <u>the outer</u>

<u>surface</u> of the back side of the body, the fastener housing configured to engage with the

fastener protrusion; two magnets disposed within the thickness of the fastener

protrusion; and the third magnet disposed within the thickness of the housing; the two

magnets are configured to engage with the third magnet; engaging the two magnets

with the third magnet does not obstruct the upper opening and does not obstruct or

hinder entire removal of the gun from the body; and the combined magnetic retention

strength generated by the two magnets and third magnet is strong enough to retain the

gun within the body.


(U.S. Patent Number 3,707,250) to Esposito discloses the gun holster system

comprising: the body (11) having the front side and the back side forming the upper

opening disposed therebetween and forming the lower opening at the lower surface of

the body (11) (See Figures 1 & 2);

the strap assembly (See Figures 2 & 3) integrally secured to the back side body

(See Figure 3), the strap assembly having: the elongated strap (12) extending from the

front side and secured to the back side of the body (11) (See Figure 3);

the fastener protrusion (i.e. Male Snap Fastener) extending from the back

surface of the elongated strap (12); and

D_Appen_000014

Application/Control Number: 15/370,465                              Page 4
Art Unit: 3782

the fastener housing (i.e. Female Snap Fastener) extending from the outer

surface of the body (11), the fastener housing (i.e. Female Snap Fastener) being

<u>configured</u> to engage with the fastener protrusion (i.e. Male Snap Fastener);

the lower opening <u>configured</u> to receive the portion of the gun (24) therethrough

(See Figures 2 & 3).


However, Esposito '250 **<u>does not</u>** disclose the strap assembly having: the

elongated strap (12) extending from and integrally secured to the back side of the body

(11); wherein the elongated strap (12) folded backwards and away from the upper

opening to cause the fastener protrusion and the fastener housing to engage; two

magnets disposed within the thickness of the fastener protrusion; and the third magnet

disposed within the thickness of the housing; the two magnets are <u>configured</u> to engage

with the third magnet; engaging the two magnets with the third magnet <u>does not</u>

obstruct the upper opening and <u>does not</u> obstruct or hinder entire removal of the gun

form the body; and the combined magnetic retention strength generated by the two

magnets and third magnet is strong enough to <u>retain</u> the gun <u>within</u> the body.


(U.S. Patent Publication Number 2013 / 0221045 A1) to McStay discloses the

holster system (100) comprising: the body having the front side and the back side

forming the upper opening disposed therebetween and forming the lower opening at the

lower surface of the body (See Figures 1 & 3);

D_Appen_000015

Application/Control Number: 15/370,465                                    Page 5
Art Unit: 3782

the strap assembly (See Figures 1, 2, 3 & 4) integrally secured to the back side

body (See Figure 3), the strap assembly having: the elongated strap (108) extending

from the back side and secured to the front side of the body (See Figures 3 & 4);

the fastener protrusion (120) extending from the back surface of the elongated

strap (108); and

the fastener housing (142) extending from the <u>inner</u> surface of the body (See

Figures 3, 4 & 5), the fastener housing (142) being <u>configured</u> to engage with the

fastener protrusion (120) (See Figure 4);

magnets (114, 144 & 152); two magnets capably disposed <u>within</u> the thickness

of the fastener protrusion (See Paragraph 0028);

the magnet (114, 144 & 152) disposed within the thickness of the housing (142);

and wherein the two magnets are <u>configured</u> to engage with the third magnet.


However, McStay '045 **<u>does not</u>** disclose the strap assembly having: the

elongated strap (108) extending from and integrally secured to the back side of the

body; the fastener housing (142) extending from <u>the outer surface</u> of the body; the

elongated strap (108) folded backwards and away from the upper opening to cause the

fastener protrusion (120) and the fastener housing (142) to engage; engaging the two

magnets with the third magnet does not obstruct the upper opening and does not

obstruct or hinder entire removal of the stored object (118) from the body; and wherein

the combined magnetic retention strength generated by the two magnets and third

magnet being strong enough to retain the stored object (118) <u>within</u> the body.

D_Appen_000016

Application/Control Number: 15/370,465                                    Page 6
Art Unit: 3782

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### Conclusion

4.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to LESTER L. VANTERPOOL whose telephone number is (571)272-8028.  The examiner can normally be reached on Monday - Friday (8:30 - 5:00) EST.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Nathan J. Newhouse can be reached on 571-272-4544.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

D_Appen_000017

Application/Control Number: 15/370,465                                    Page 7
Art Unit: 3782

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/L. L. V./
Examiner, Art Unit 3782

August 09, 2017

/ADAM WAGGENSPACK/
Primary Examiner, Art Unit 3782



US011747109B1

(12) **United States Patent**

Myers

(10) **Patent No.:** **US 11,747,109 B1**

(45) **Date of Patent:** *** Sep. 5, 2023**

(54) **GUN HOLSTER SYSTEM AND METHOD OF USE**

(71) Applicant: **James Myers**, Abilene, TX (US)

(72) Inventor: **James Myers**, Abilene, TX (US)

(73) Assignee: **JM4 Tactical LLC**, Abilene, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/905,267**

(22) Filed: **Feb. 26, 2018**

**Related U.S. Application Data**

(63) Continuation of application No. 29/580,081, filed on Oct. 5, 2016, now Pat. No. Des. 811,731.

(51) **Int. Cl.**
*F41C 33/04* (2006.01)
*F41C 33/02* (2006.01)

(52) **U.S. Cl.**
CPC .................................. *F41C 33/041* (2013.01); *F41C 33/0236* (2013.01)

(58) **Field of Classification Search**
CPC ... F41C 33/0236; F41C 33/041; F41C 33/0272
USPC .. 224/183, 192, 193, 196, 198, 242, 243, 911, 224/912
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 2,910,804 | A | * | 11/1959 | White | .................. | F41C 33/041 D3/222 |
| 3,003,670 | A | * | 10/1961 | Stella | .................. | F41C 33/0209 224/192 |
| 3,008,617 | A | * | 11/1961 | Villwock | ........... | F41C 33/0209 224/183 |
| 3,707,250 | A | * | 12/1972 | Esposito | ............. | F41C 33/0227 224/243 |
| 4,312,466 | A | * | 1/1982 | Clark | .................. | F41C 33/0227 224/192 |
| D264,240 | S | * | 5/1982 | Bianchi | ......................... | D3/222 |
| 4,620,654 | A | * | 11/1986 | Cook | .................. | F41C 33/0227 224/192 |
| 4,858,800 | A | * | 8/1989 | Holtzclaw, Jr. et al. | .................... | F41C 33/0227 D3/222 |
| 5,018,653 | A | * | 5/1991 | Shoemaker | ......... | F41C 33/0227 224/193 |
| 5,251,798 | A | * | 10/1993 | Theodore | .......... | F41C 33/0227 224/192 |
| 5,322,200 | A | * | 6/1994 | Blanchard | ......... | F41A 17/02 224/192 |
| 5,632,426 | A | * | 5/1997 | Beletsky et al. | ....... | A45F 5/021 224/192 |

(Continued)

*Primary Examiner* — Nathan J Newhouse
*Assistant Examiner* — Lester L Vanterpool
(74) *Attorney, Agent, or Firm* — AVEK IP

(57) **ABSTRACT**

A gun holster system includes a body having a front side and a back side forming an upper opening disposed therebetween and forming a lower opening at a lower surface of the body; a strap assembly integrally secured to the body; a first magnet disposed within a thickness of the fastener protrusion; and a second magnet disposed within a thickness of the housing. The strap assembly includes an elongated strap extending from the body; a fastener protrusion extending from a surface of the elongated strap; and a faster housing extending from an outer surface of the back side of the body.

**4 Claims, 4 Drawing Sheets**



# US 11,747,109 B1
Page 2

## (56)  References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,820,003 | A * | 10/1998 | Nichols | F41C 33/046 |
| | | | | 224/575 |
| 6,209,769 | B1* | 4/2001 | Seals et al. | A45C 1/04 |
| | | | | 224/675 |
| 6,604,657 | B2* | 8/2003 | Yirmiyahu et al. | F41C 33/0227 |
| | | | | 224/243 |
| 7,806,309 | B2* | 10/2010 | Korchmar | A45F 3/14 |
| | | | | 224/183 |
| D788,451 | S * | 6/2017 | Myers | D3/222 |
| 9,777,988 | B2* | 10/2017 | Karcher | F41C 33/041 |
| 10,141,092 | B2* | 11/2018 | Bennett | H01F 7/021 |
| 2003/0071095 | A1* | 4/2003 | Dedrick | A45F 5/00 |
| | | | | 224/183 |
| 2007/0163164 | A1* | 7/2007 | Avrahami et al. | F41C 33/0227 |
| | | | | 42/87 |
| 2009/0314813 | A1* | 12/2009 | Woolery | A45F 5/02 |
| | | | | 224/660 |
| 2013/0221045 | A1* | 8/2013 | McStay | A45F 5/021 |
| | | | | 224/183 |
| 2014/0224847 | A1* | 8/2014 | Miller | F41C 33/04 |
| | | | | 224/183 |
| 2015/0369559 | A1* | 12/2015 | Del Rosario | G08C 19/12 |
| | | | | 340/686.4 |

* cited by examiner

Case 1:22-cv-00121-AMA-DBP   Document 135-1   Filed 09/19/25   PageID.3129   Page 22 of 27



FIG. 1
(Prior Art)



FIG. 2

Case 1:22-cv-00121-AMA-DBP   Document 135-1   Filed 09/19/25   PageID 3131   Page 24 of 27



FIG. 3

Case 1:22-cv-00121-AMA-DBP   Document 135-1   Filed 09/19/25   PageID.3132   Page 25 of 27



FIG. 4A                FIG. 4B

1

# GUN HOLSTER SYSTEM AND METHOD OF USE

## BACKGROUND

### 1. Field of the Invention

The present invention relates generally to gun holsters.

### 2. Description of Related Art

Gun holsters are well known in the art and are effective means to carry a firearm. For example, FIG. **1** is a front view of a conventional gun holster **101** having a body **103** forming an opening configured to receive a pistol **105** therein. A strap **107** is integrally attached to the body **103** at one end and removably engaged at a second end via a fastener **111**, e.g., a button. The gun holster **101** is secured to an article of clothing such as a belt (not shown) of a user via a clip **109**.

One of the common problems associated with holster **101** is the limited use and weight. For example, the bulkiness of holster **101** restricts the user's ability to effectively conceal the firearm and the weight deters some parties from carrying the firearm. Although great strides have been made in the area of gun holsters, many shortcomings remain.

## DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the embodiments of the present application are set forth in the appended claims. However, the embodiments themselves, as well as a preferred mode of use, and further objectives and advantages thereof, will best be understood by reference to the following detailed description when read in conjunction with the accompanying drawings, wherein:

FIG. **1** is a front view of a conventional gun holsters;

FIG. **2** is front oblique view of a gun holster system in accordance with a preferred embodiment of the present invention;

FIG. **3** is a back oblique view of the gun holster of FIG. **2**;

FIGS. **4**A and **4**B are side views of the gun holster of FIG. **2**.

While the system and method of use of the present application is susceptible to various modifications and alternative forms, specific embodiments thereof have been shown by way of example in the drawings and are herein described in detail. It should be understood, however, that the description herein of specific embodiments is not intended to limit the invention to the particular embodiment disclosed, but on the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the present application as defined by the appended claims.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Illustrative embodiments of the system and method of use of the present application are provided below. It will of course be appreciated that in the development of any actual embodiment, numerous implementation-specific decisions will be made to achieve the developer's specific goals, such as compliance with system-related and business-related constraints, which will vary from one implementation to another. Moreover, it will be appreciated that such a development effort might be complex and time-consuming, but would nevertheless be a routine undertaking for those of ordinary skill in the art having the benefit of this disclosure.

2

The system and method of use will be understood, both as to its structure and operation, from the accompanying drawings, taken in conjunction with the accompanying description. Several embodiments of the system are presented herein. It should be understood that various components, parts, and features of the different embodiments may be combined together and/or interchanged with one another, all of which are within the scope of the present application, even though not all variations and particular embodiments are shown in the drawings. It should also be understood that the mixing and matching of features, elements, and/or functions between various embodiments is expressly contemplated herein so that one of ordinary skill in the art would appreciate from this disclosure that the features, elements, and/or functions of one embodiment may be incorporated into another embodiment as appropriate, unless described otherwise.

The preferred embodiment herein described is not intended to be exhaustive or to limit the invention to the precise form disclosed. It is chosen and described to explain the principles of the invention and its application and practical use to enable others skilled in the art to follow its teachings.

Referring now to the drawings wherein like reference characters identify corresponding or similar elements throughout the several views, the figures depict various views of a gun holster system **201** and method of use in accordance with a preferred embodiment of the present application. It will be appreciated that the gun holster system **201** overcomes one of more of the above-listed problems commonly associated with the conventional gun holsters.

In FIG. **2**, a front oblique view of system **201** is shown having a strap assembly **203** integrally attached to a body **205**. During use, the body **205** is configured to carry a firearm while assembly **203** is configured to secure the body and firearm to an article of clothing.

Body **205** forms an upper opening **207** with partially separated sides **209**, **211**. The upper opening **207** is designed to receive a firearm (not shown) therein while sides **209**, **211** are configured to come in contact with the sides of the firearm and configured to secure the firearm in a removably fixed position. Body **205** further includes a lower opening **301** that extend through a bottom surface **213**. The opening **301** is adapted to receive the barrel of the firearm therethrough.

Assembly **203** includes an elongated strap **215** that has a fastener protrusion **219** that extends from surface **401**, as depicted in FIG. **4**A. The fastener protrusion is configured to engage within a cavity **307** created by a housing **305** the extends from surface **303**. As depicted in FIGS. **4**A and **4**B, the protrusion fits within housing, which in turn creates a means to secure the assembly to the body. Accordingly, the protrusion and the cavity have the same geometric cylindrical shape.

The system **201** is further provided with 2 magnets **217** disposed within the thickness of the protrusion **219** and a third magnet disposed within the thickness of housing **305**. The two magnets provide additional means to secure the strap **215** to the body **205**. The magnet in **217** and **307** when connected cause retention on the gun so the gun will not fall out.

As shown in FIGS. **4**A and **4**B, the strap **215** is configured to fold about a joint **403** that enables connection between protrusion **219** and housing **305**. The area between strap **215** and surface **303** of body **205** is adapted to receive an

3

article of clothing there between and magnet retention on the gun.

The particular embodiments disclosed above are illustrative only, as the embodiments may be modified and practiced in different but equivalent manners apparent to those skilled in the art having the benefit of the teachings herein. It is therefore evident that the particular embodiments disclosed above may be altered or modified, and all such variations are considered within the scope and spirit of the application. Accordingly, the protection sought herein is as set forth in the description. Although the present embodiments are shown above, they are not limited to just these embodiments, but are amenable to various changes and modifications without departing from the spirit thereof.

What is claimed is:

**1**. A gun holster system for carrying a gun, comprising:

a body having a front side and a back side that form an upper opening disposed therebetween;

a strap assembly secured to the back side of the body, the strap assembly having:

an elongated strap extending from the back side of the body;

a fastener protrusion extending from a back surface of the elongated strap; and

a fastener housing extending from an outer surface of the back side of the body, the fastener housing being configured to engage with the fastener protrusion;

4

wherein the elongated strap folds backwards and away from the upper opening to cause the fastener protrusion and the fastener housing to engage;

a first magnet disposed within a thickness of the fastener protrusion; and

a second magnet disposed within a thickness of the housing;

wherein the first magnet is configured to engage with the second magnet, and wherein the engaging of the first magnet and the second magnet does not cause the elongated strap to obstruct the upper opening of the body and does not obstruct or hinder removal of the gun from the body;

wherein a combined magnetic retention strength generated by the first magnet and the second magnet is strong enough to retain the gun within the body; and

wherein the elongated strap is configured to fold over an article of clothing such that the first magnet and the second magnet provide magnetic retention to retain the gun holster system to the article of clothing.

**2**. The system of claim **1**, further comprising:

a cavity formed by the housing;

wherein the fastener protrusion is configured to secure within the cavity.

**3**. The system of claim **1**, wherein the body further comprises a lower opening configured to receive a portion of a pistol therethrough.

**4**. The system of claim **1**, wherein the body forms a lower opening at a lower surface of the body.

\* \* \* \* \*