Chad S. Pehrson (12622)
**KB&A**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL BRYAN B. TODD**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Attorney Bryan B. Todd hereby withdraws as counsel of record for Defendants in the above-captioned matter. This withdrawal is limited to Attorney Bryan B. Todd individually, and does not affect the continued representation of the aforementioned clients by other already admitted attorneys from Kunzler Bean & Adamson, PC.

1

DATED this 25th day of September 2025.

                                      **KBA**

                                      */s/ Chad S. Pehrson*
                                      Chad S. Pehrson

                                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 19th day of September, 2025, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL BRYAN B. TODD** was filed with the Court and that the document has been forwarded to all parties via the Court's electronic filing system.

*/s/Chad S. Pehrson*