Chad S. Pehrson (12622)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, | |
| Plaintiffs, | **MOTION TO CONTINUE HEARING** |
| v. | Case No. 1:22-cv-00121-DAK |
| HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual; | Judge Dale A. Kimball |
| | Magistrate Judge Dustin B. Pead |
| Defendants. | |

Defendants Her Tactical, LLC; E & R LLC, d/b/a HER TACTICAL; Vicky Arlene Johnson, and Blake Cheal (collectively, "**Defendants**"), by and through their undersigned counsel, hereby request that the Court continue the hearing currently set for December 18, 2025 at 3:00 p.m. Defendant Vicky Arlene Johnson would like to attend the hearing and is unfortunately out of the country on the current scheduled date.

Defendants request that the court grant a continuance of the hearing on December 18, 2025,

1

resetting the hearing for a later date after January 7, 2026.  A proposed order is provided herewith.

DATED this 11th day of December 2025.

>Respectfully submitted,
>
>**KUNZLER BEAN & ADAMSON**
>
>*/s/ Chad S. Pehrson*
>Chad S. Pehrson
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December 2025 a true and correct copy of the foregoing **MOTION TO CONTINUE HEARING** was filed with the Court and that the document has been forwarded to all parties via the Court's electronic filing system.

<em>/s/ Chad S. Pehrson</em>