Chad S. Pehrson (12622)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE HEARING**<br><br>Case No. 1:22-cv-00121-DAK<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed Defendants' Motion to Continue Hearing, and finding good cause therefor, hereby strikes the hearing set in this matter for December 18, 2025 at 3:00 p.m. The Court will re-set the hearing at a later date convenient to the Court.

DATED this _____ day of December 2025.

_____
Judge of the Unites State District Court

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December 2025 a true and correct copy of the foregoing **PROPOSED ORDER GRANTING MOTION TO CONTINUE HEARING** was filed with the Court and that the document has been forwarded to all parties via the Court's electronic filing system.

*/s/ Chad S. Pehrson*