IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| **JM4 TACTICAL, LLC**; and **JAMES CHADWICK MYERS**,<br><br>Plaintiffs,<br><br>*versus*<br><br>**E & R LLC dba HER TACTICAL**; *et. al.*<br><br>Defendants. | **[PROPOSED] ORDER**<br><br>Case No. 1:22-cv-01121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead<br><br>**Jury Demanded** |

This matter is before the Court on Plaintiffs' Opposition to Defendants' Motion to Continue and Renewed Motion for Sanctions. Having reviewed the motion, the opposition, and the relevant filings, and for good cause shown:

IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Continue Hearing (ECF 140) is DENIED.

2. The Claim Construction Hearing shall proceed as scheduled on December 18, 2025 at 3:00 PM.

3. The Court CONFIRMS and REDUCES TO WRITING the bench order issued on February 23, 2024: **All conferences between the parties in this matter shall be conducted by recorded video chat.**

4. Plaintiffs' Renewed Motion for Sanctions is GRANTED IN PART. Defendants' counsel shall pay Plaintiffs' reasonable attorneys' fees incurred in preparing the Opposition and Renewed Motion for Sanctions. Plaintiffs shall submit a declaration of fees within fourteen (14) days of this Order.

     5.     Counsel are reminded of their obligations under the Utah Rules of Professionalism and Civility and the Local Rules of this Court. Further violations of the Court's orders may result in additional sanctions.

DATED this _____ day of December, 2025.

                     BY THE COURT:

                     _____
                     **ANN MARIE MCIFF ALLEN**
                     **United States District Judge**