

**Brandon Leavitt <brandon@uslawpros.com>**

## Zoom Meeting with Brandon Leavitt
16 messages

---

**Alyssa Kamego** <info@uslawpros.com>  
To: "Bryan (Bud) Todd" <btodd@kba.law>  
Cc: Chad Pehrson <cpehrson@kba.law>, Jason Smith <jsmith@mks-law.com>, Brandon Leavitt <litigation@uslawpros.com>

Wed, Sep 24, 2025 at 11:42 AM

Hi Mr. Todd,

I would like to get you scheduled this afternoon or tomorrow via Zoom with Brandon to discuss the joint status report and joint claim construction chart that is due on Friday.

Please let me know your availability and I will get you scheduled.

Thank you,

-Alyssa

--



**Alyssa Kamego**  
Office Manager  
844-728-3680 | info@uslawpros.com  
www.uslawpros.com  
4204 S.W. Green Oaks Blvd. Suite #140 Arlington, TX 76017

   

*The information contained in this e-mail and any attached documents may be privileged, confidential and protected from disclosure. If you are not the intended recipient you may not read, copy, distribute or use this information. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Please note the "Eldredge Law Firm" is now called the "Leavitt & Eldredge Law Firm."*

---

**Alyssa Kamego** <info@uslawpros.com>  
To: "Bryan (Bud) Todd" <btodd@kba.law>  
Cc: Chad Pehrson <cpehrson@kba.law>, Jason Smith <jsmith@mks-law.com>, Brandon Leavitt <litigation@uslawpros.com>

Thu, Sep 25, 2025 at 9:44 AM

Hi Mr. Todd,

Following up on my previous email about scheduling a zoom meeting with Brandon today.

Please let me know your availability.

Thank you,

-Alyssa  
[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>  
To: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>  
Cc: Jason Smith <jsmith@mks-law.com>, Brandon Leavitt <litigation@uslawpros.com>

Thu, Sep 25, 2025 at 11:50 AM

Alyssa,

Thanks kindly for the email. Bud is out so I can handle this.

My suggestion might be that y'all just send over a draft and I'll make any edits?

Best,

Chad

---

**From:** Alyssa Kamego <info@uslawpros.com>
**Sent:** Thursday, September 25, 2025 8:44 AM
**To:** Bryan (Bud) Todd <btodd@kba.law>
**Cc:** Chad Pehrson <cpehrson@kba.law>; Jason Smith <jsmith@mks-law.com>; Brandon Leavitt <litigation@uslawpros.com>
**Subject:** Re: Zoom Meeting with Brandon Leavitt

- EXTERNAL EMAIL -

[Quoted text hidden]

---

**Alyssa Kamego** <info@uslawpros.com>                                                Thu, Sep 25, 2025 at 12:07 PM
To: Chad Pehrson <cpehrson@kba.law>
Cc: "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>, Brandon Leavitt <litigation@uslawpros.com>

Hi Mr. Pehrson,

Unfortunately, there is a court order that we have to conference by recorded video chat.

Brandon would like to meet today or tomorrow to discuss the joint status report and claim construction chart.

Please let me know of your availability, if given plenty of notice prior to the meeting Brandon can have a draft ready beforehand.

Thank you,

-Alyssa
[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>                                                   Thu, Sep 25, 2025 at 12:08 PM
To: Alyssa Kamego <info@uslawpros.com>
Cc: "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>, Brandon Leavitt <litigation@uslawpros.com>

Hi Alyssa,

Could you send me the Court order that requires that specifically as to this issue?

Thanks.

Best,

Chad

**From:** Alyssa Kamego <info@uslawpros.com>
**Sent:** Thursday, September 25, 2025 11:07 AM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Bryan (Bud) Todd <btodd@kba.law>; Jason Smith <jsmith@mks-law.com>; Brandon Leavitt <litigation@uslawpros.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Brandon Leavitt** <brandon@uslawpros.com>                                           Thu, Sep 25, 2025 at 4:00 PM

To: Chad Pehrson <cpehrson@kba.law>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>
Bcc: ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Hi Chad,

On February 23, 2024 at 10am Judge Pead heard our respective oral arguments with respect to Dkt. Nos. 87, 98, 105, 107, and 114. See Dkt. No. 122.

During the hearing Judge Pead strongly reprimanded you for your behavior during the deposition of Vicky Johnston but declined to award sanctions pursuant to my testimony that another deposition was not necessary. He then chastised us both for the contention that had arisen in the case and ruled from the bench that all future conferences between the parties would be by recorded videochat.

To my knowledge the ruling was never put into a written order but Budd and I have been operating pursuant to the ruling since early 2024.

I will not risk violating the order now. Please confirm a time tomorrow for us to conference via recorded video chat. It should be simple and quick.

-Brandon

[Quoted text hidden]

--



**Brandon J. Leavitt**
Attorney, Managing Partner
844-728-3680 | brandon@uslawpros.com
www.uslawpros.com
4204 S.W. Green Oaks Blvd. Suite #140 Arlington, TX 76017

[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>                                              Thu, Sep 25, 2025 at 4:02 PM
To: Brandon Leavitt <brandon@uslawpros.com>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

Brandon,

Thank you kindly for your email.  Your statements are not correct or relevant.

Again, I ask for any authority requiring a meet-and-confer in advance of filing this tatus report.

Best Regards,

Chad

---

**From:** Brandon Leavitt <brandon@uslawpros.com>
**Sent:** Thursday, September 25, 2025 3:00 PM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Alyssa Kamego <info@uslawpros.com>; Bryan (Bud) Todd <btodd@kba.law>; Jason Smith <jsmith@mks-law.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Brandon Leavitt** <brandon@uslawpros.com>                                      Thu, Sep 25, 2025 at 4:05 PM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>
Bcc: ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Thanks Chad, if you really do insist on a written order I invite you to either request a transcript from the hearing or join me in a motion for clarification.

Either way, without contradictory confirmation from the court pursuant to the above, I will only conference with you via recorded videochat—as I have been doing with Budd without issue up until now.

Please propose any time tomorrow and I will make it happen.

-Brandon

[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>    Thu, Sep 25, 2025 at 4:07 PM
To: Brandon Leavitt <brandon@uslawpros.com>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

Brandon,

We may be misunderstanding one another.

If we do a telephonic meet and confer, it can be recorded. What I'm saying is that I'm not aware of any need for a telephonic meet and confer. What is it that we don't agree on? Just send over your portion of the report and I'll fill in our portion.

Best,

Chad

---

**From:** Brandon Leavitt <brandon@uslawpros.com>
**Sent:** Thursday, September 25, 2025 3:05 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Brandon Leavitt** <brandon@uslawpros.com>    Thu, Sep 25, 2025 at 4:16 PM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

I'll send it over in advance of the meeting, but not in lieu of one. I don't know how to be anymore clear.

If you decline to videoconference with me tomorrow (and I'll do it at anytime you choose) then I will note this to the court in my certificate of conference.

-Brandon



**Brandon J. Leavitt**
 Attorney, Managing Partner
844-728-3680 | brandon@uslawpros.com
www.uslawpros.com
4204 S.W. Green Oaks Blvd. Suite #140 Arlington, TX 76017



*The information contained in this e-mail and any attached documents may be privileged, confidential and protected from disclosure. If you are not the intended recipient you may not read, copy, distribute or use this information. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Please note the "Eldredge Law Firm" is now called the "Leavitt & Eldredge Law Firm."*

[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>    Thu, Sep 25, 2025 at 4:21 PM

To: Brandon Leavitt <brandon@uslawpros.com>
Cc: Alyssa Kamego <info@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

Thanks, Brandon. I apologies-- I must have missed it--can you please communicate the specific reason for the requested "meet and confer?"

**From:** Brandon Leavitt <brandon@uslawpros.com>
**Sent:** Thursday, September 25, 2025 3:16 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Alyssa Kamego** <info@uslawpros.com>                                                                    Thu, Sep 25, 2025 at 4:28 PM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Brandon Leavitt <brandon@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

Hi Mr. Pehrson,

Brandon is out of the office and has asked to reply on his behalf.

According to local rules : LPR 4. (3) No later than 7 days after the filing of the response briefs, the parties must file: (A) a joint claim construction chart that identifies in separate columns— (i) the complete language of each disputed claim term or phrase in the cross-briefs for claim construction; (ii) a reference to where the disputed claim term appears in the asserted patent; (iii) each party's proposed claim constructions; and (iv) a placeholder for the court to enter its claim construction or a statement of whether the parties agree on the claim construction; (B) a joint status report containing the parties' proposals for the nature and form of the claim construction hearing.

I have scheduled a zoom meeting for tomorrow at 12pm central time, please let me know if that time works for you.

Thank you,

-Alyssa Kamego
On behalf of Brandon Leavitt
[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>                                                                       Thu, Sep 25, 2025 at 4:39 PM
To: Alyssa Kamego <info@uslawpros.com>
Cc: Brandon Leavitt <brandon@uslawpros.com>, "Bryan (Bud) Todd" <btodd@kba.law>, Jason Smith <jsmith@mks-law.com>

Thanks! I understand that rule and have read what you sent me. Still looking for the rule that requires a telephonic meet and confer on these issues?

**From:** Alyssa Kamego <info@uslawpros.com>
**Sent:** Thursday, September 25, 2025 3:28 PM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Brandon Leavitt <brandon@uslawpros.com>; Bryan (Bud) Todd <btodd@kba.law>; Jason Smith <jsmith@mks-law.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>                                                                       Fri, Sep 26, 2025 at 11:33 AM
To: Alyssa Kamego <info@uslawpros.com>
Cc: Brandon Leavitt <brandon@uslawpros.com>, Jason Smith <jsmith@mks-law.com>, Kaitlyn Haven <khaven@kba.law>

Team US Law Pros:

Per the attached order, the joint status report is due 10/10, not 9/26.

If you let us know of a specific reason to be on a zoom call today, we are happy to attend. But please let us know what that reason is.

Best,

Chad

---

**From:** Chad Pehrson <cpehrson@kba.law>
**Sent:** Thursday, September 25, 2025 3:39 PM
**To:** Alyssa Kamego <info@uslawpros.com>

[Quoted text hidden]

[Quoted text hidden]

 **2025.04.14 - 129 Order Granting Patent Case Stp Am Sched Order.pdf**
729K

---

**Brandon Leavitt** <brandon@uslawpros.com>	Fri, Sep 26, 2025 at 11:37 AM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Alyssa Kamego <info@uslawpros.com>, Jason Smith <jsmith@mks-law.com>, Kaitlyn Haven <khaven@kba.law>

Thanks Chad,

I'll redocket the deadline for 10/10, but pursuant to my previous correspondence in this thread we must still conference by recorded video. We can either keep the scheduled meeting (in about 30 minutes) or reschedule for another day that is more convenient for you. Please let me know.

-Brandon
[Quoted text hidden]

---

**Chad Pehrson** <cpehrson@kba.law>	Fri, Sep 26, 2025 at 11:42 AM
To: Brandon Leavitt <brandon@uslawpros.com>
Cc: Alyssa Kamego <info@uslawpros.com>, Jason Smith <jsmith@mks-law.com>, Kaitlyn Haven <khaven@kba.law>

Sure, let's chat in 20 minutes! Looking forward to it!

---

**From:** Brandon Leavitt <brandon@uslawpros.com>
**Sent:** Friday, September 26, 2025 10:37 AM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Alyssa Kamego <info@uslawpros.com>; Jason Smith <jsmith@mks-law.com>; Kaitlyn Haven <khaven@kba.law>

[Quoted text hidden]

[Quoted text hidden]