12/15/25, 8:08 AM — Leavitt & Eldredge Law Firm Mail - FW: Activity in Case 1:22-cv-00121-AMA-DBP JM4 Tactical et al v. Her Tactical et al Notice of Hearing

Case 1:22-cv-00121-AMA-DBP    Document 141-4    Filed 12/15/25    PageID 3174    Page 1 of 4



Brandon Leavitt <brandon@uslawpros.com>

# FW: Activity in Case 1:22-cv-00121-AMA-DBP JM4 Tactical et al v. Her Tactical et al Notice of Hearing

4 messages

---

**Chad Pehrson** <cpehrson@kba.law>  Mon, Nov 10, 2025 at 3:29 PM
To: Brandon Leavitt <brandon@uslawpros.com>
Cc: Alyssa Kamego <info@uslawpros.com>, Jason Smith <jsmith@mks-law.com>

Hi Brandon,

I hope you are well.

My client is unfortunately out of town for the holidays this year, and is wondering if we could submit a request that the Court reschedule the hearing for January.

I wanted to get your thoughts and see whether it might make sense to see if we can agree on a date and file a joint stipulation?

Best,

Chad

---

**From:** utd_enotice@utd.uscourts.gov <utd_enotice@utd.uscourts.gov>
**Sent:** Friday, October 31, 2025 10:10 AM
**To:** ecf_notice@utd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00121-AMA-DBP JM4 Tactical et al v. Her Tactical et al Notice of Hearing

- EXTERNAL EMAIL -

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been delivered by other means to. . . ". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states

Case 1:22-cv-00121-AMA-DBP   Document 141-4   Filed 12/15/25   PageID.3175   Page 2 of 4

otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

US District Court Electronic Case Filing System

District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 10/31/2025 at 10:09 AM MDT and filed on 10/31/2025

**Case Name:**   JM4 Tactical et al v. Her Tactical et al

**Case Number:**   1:22-cv-00121-AMA-DBP

**Filer:**

**Document Number:** 138(No document attached)

**Docket Text:**
**NOTICE OF IN-PERSON HEARING: Claim Construction Hearing set for 12/19/2025 at 10:00 AM in Rm 7.200 before District Judge Ann Marie McIff Allen. (pjd)**

**1:22-cv-00121-AMA-DBP Notice has been electronically mailed to:**

Chad S. Pehrson   cpehrson@kba.law, acoats@kba.law, calendar@kba.law, cpehrson.kba.law@recap.email

Jason K. Smith   jsmith@mks-law.com

Brandon James Leavitt   brandon@uslawpros.com

**1:22-cv-00121-AMA-DBP Notice has been delivered by other means to:**

Grant Lee Cavalli(Terminated)
2340 N 600 E
Ogden, UT 84414

---

**Alyssa Kamego** <info@uslawpros.com>   Wed, Nov 12, 2025 at 11:54 AM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Brandon Leavitt <brandon@uslawpros.com>, Jason Smith <jsmith@mks-law.com>

Hi Chad,

Brandon would be happy to meet via Zoom (per the Judge's order) to discuss the rescheduling.

Please let me know your availability for Monday and I can set the call up.

Thank you,

-Alyssa

[Quoted text hidden]

--
**Alyssa Kamego**
Office Manager

12/15/25, 8:03 AM Leavitt & Eldredge Law Firm Mail - Re: Activity in Case 1:22-cv-00121-AMA-DBP JM4 Tactical et al v. Her Tactical et al Notice of Hearing

Case 1:22-cv-00121-AMA-DBP    Document 141-4    Filed 12/15/25    PageID 3176    Page 3 of 4



844-728-3680 | info@uslawpros.com
www.uslawpros.com
4204 S.W. Green Oaks Blvd. Suite #140 Arlington, TX 76017



*The information contained in this e-mail and any attached documents may be privileged, confidential and protected from disclosure. If you are not the intended recipient you may not read, copy, distribute or use this information. If you have received this communication in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Please note the "Eldredge Law Firm" is now called the "Leavitt & Eldredge Law Firm."*

---

**Chad Pehrson** <cpehrson@kba.law>                                             Wed, Nov 12, 2025 at 11:57 AM
To: Alyssa Kamego <info@uslawpros.com>
Cc: Brandon Leavitt <brandon@uslawpros.com>, Jason Smith <jsmith@mks-law.com>

Hi Alyssa,

To my knowledge, there's no requirement to meet via Zoom on a simple scheduling request like this.

Brandon can say "yes," or "no" or make a counter-proposal.

Thanks!

Best,

Chad

---

**From:** Alyssa Kamego <info@uslawpros.com>
**Sent:** Wednesday, November 12, 2025 10:54 AM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Brandon Leavitt <brandon@uslawpros.com>; Jason Smith <jsmith@mks-law.com>
**Subject:** Re: FW: Activity in Case 1:22-cv-00121-AMA-DBP JM4 Tactical et al v. Her Tactical et al Notice of Hearing

[Quoted text hidden]

---

**Brandon Leavitt** <brandon@uslawpros.com>                                      Thu, Nov 13, 2025 at 7:50 AM
To: Chad Pehrson <cpehrson@kba.law>
Cc: Alyssa Kamego <info@uslawpros.com>, Jason Smith <jsmith@mks-law.com>, Kaitlyn Haven <khaven@kba.law>

12/15/25, 8:00 AM Leavitt & Eldredge Law Firm Mail - DevCurrency Case 1:22-cv-00121-AMA-DBP DM2 Tactical et al Cher Tactical et al Notice of Hearing

Case 1:22-cv-00121-AMA-DBP   Document 141-4   Filed 12/15/25   PageID.3177   Page 4 of 4

Chad we've been through this and I won't continue to debate it with you. I encourage you to either:

1. Talk to your former associate Bud who was present when the bench order was issued and can confirm;
2. File a motion for clarification with the judge;
3. File a motion to vacate the order.

Please note that if you choose to file any documents with this Court indicating a conference or "good faith" intent to conference by any means other than recorded video chat, I will advise the court and renew my request for sanctions that led to this order.

-Brandon
[Quoted text hidden]

--



**Brandon J. Leavitt**
 Attorney, Managing Partner
844-728-3680 | brandon@uslawpros.com
www.uslawpros.com
4204 S.W. Green Oaks Blvd. Suite #140 Arlington, TX 76017
[Quoted text hidden]