Chad Pehrson (12622)
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, <br><br> Plaintiffs, <br><br> v. <br><br> HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual; <br><br> Defendants. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** <br><br> Case No. 1:22-cv-00121-DAK <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Dustin B. Pead |

**PLEASE TAKE NOTICE** that with respect to the above-captioned matter, effective January 1, 2026, Mr. Pherson is now affiliated with the KNH law firm.  Please update his address and contact information in the Court's records as follows:

Chad Pehrson
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

DATED: January 8, 2026.

**KNH**
*/s/Chad Pehrson*
Chad Pehrson
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I filed a true and correct copy of the foregoing

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** via the Court's electronic filing

system, which effectuated service on all parties of record.


*/s/Andrea Coats*