Chad Pehrson (12622)
Nathan C. Gardner (19537)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
ngardner@knh.law

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>Defendants. | **NOTICE OF APPEARANCE OF NATHAN C. GARDNER**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |
| AND RELATED ACTION. | |

**PLEASE TAKE NOTICE** that Nathan C. Gardner of the firm KNH LLP hereby enters

his appearance as additional counsel for Defendants Her Tactical, LLC, E & R LLC d/b/a Her

Tactical, Vicky Arlene Johnston and Blake Cheal and for Counter Claimants Her Tactical, LLC,

E & R LLC d/b/a Her Tactical. The undersigned hereby requests that copies of all further

1

pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided.

DATED: April 28, 2026.

**KNH**

/s/Nathan C. Gardner
Chad Pehrson
Nathan C. Gardner

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I caused to be filed a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF NATHAN C. GARDNER** to be submitted for electronic filing through the Court's CM/ECF system, which automatically effectuated service of process upon all counsel of record.

*/s/ Nathan C. Gardner*