Chad Pehrson (12622)
Nathan C. Gardner (19537)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
ngardner@knh.law

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, <br><br> Plaintiffs, <br><br> v. <br><br> HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual; <br><br> Defendants. | **STIPULATED MOTION FOR LEAVE TO AMEND SCHEDULING ORDER** <br><br> Case No. 1:22-cv-00121-AMA-DBP <br><br> Judge Ann Marie McIff Allen <br><br> Magistrate Judge Dustin B. Pead |
| AND RELATED ACTION. | |

Pursuant to Fed. R. Civ. P. 6(b) and the Court's Scheduling Order, the parties respectfully move for leave to amend the current scheduling order solely to modify certain limited deadlines. In support, the parties state as follows:

## 1.  Background

The Court entered the operative scheduling order on April 14, 2025. That order governs,

among other things, discovery and dispositive motion deadlines. Since entry of the order, the

parties have conferred regarding the most efficient path to resolution of the case. As part of those

discussions, the parties have agreed that limited supplemental discovery and targeted summary

judgment briefing may materially narrow the issues for trial.

**2.  Requested Modifications**

The parties have stipulated to the following limited modifications:

1.        Supplemental Discovery

The parties will exchange targeted supplemental discovery, namely Defendants' updated

sales records, on or before May 1, 2026.

2.        Summary Judgment Motions

a. Motions for summary judgment: May 8, 2026

b. Oppositions: May 22, 2026

c. Replies: May 29, 2026

No other deadlines or provisions of the scheduling order are affected by this request.

**3.  Good Cause**

Good cause exists to grant this motion.

First, the requested amendment is narrow and stipulated. It does not disturb the overall

structure of the case schedule, but instead aligns limited additional discovery with a focused

dispositive motion phase.

Second, the supplemental production—particularly Defendants' sales records—will allow

the parties to present more precise and efficient summary judgment motions. Without this

information, the parties would either proceed on an incomplete record or defer dispositive

motion practice altogether.

Third, the parties believe that targeted summary judgment motions may significantly narrow the issues for trial, conserve judicial resources, and streamline any remaining proceedings.

Finally, the requested dates are reasonable and will not prejudice any party or disrupt the Court's management of the case.

## 4. Conclusion

For these reasons, the parties respectfully request that the Court grant this Stipulated Motion and enter an amended scheduling order reflecting the deadlines set forth above.

DATED: May 6, 2026.

**KNH**

*/s/ Chad Pehrson*
Chad Pehrson
Nathan C. Gardner

*Attorneys for Defendants*

**Eldredge Leavitt Law Firm**

*/s/ Brandon Leavitt\**
Brandon James Leavitt
*(\*Signed by filing attorney with permission via email dated May 6, 2026.)*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I caused to be filed a true and correct copy of the foregoing **STIPULATED MOTION FOR LEAVE TO AMEND SCHEDULING ORDER** to be submitted for electronic filing through the Court's CM/ECF system, which automatically effectuated service of process upon all counsel of record.


*/s/Chad Pehrson*

4