# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>Defendants.<br><br>AND RELATED ACTION. | **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED SCHEDULING ORDER AND AMENDED SCHEDULING ORDER**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

The Court, having received the parties Stipulated Motion for Leave to File an Amended Scheduling Order, and being fully advised of the premises thereof, and good cause appearing therefore,

**HEREBY ORDERS** that the discovery deadlines shall be amended as follows:

1.      Supplemental Discovery - The parties will exchange targeted supplemental discovery, namely Defendants' updated sales records, by May 1, 2026.

2.      Summary Judgment Motions shall be filed as follows:

a. Motions for summary judgment due on May 8, 2026

b. Oppositions due on May 22, 2026

c. Replies due on May 29, 2026

1

The remaining deadlines shall remain as previously ordered.

DATED: _____, 2026


_____
Judge Ann Marie McIff Allen
United States District Court Judge

**APPROVED AS TO FORM AND CONTENT:**

**KNH**

*/s/Chad Pehrson*
Chad Pehrson
Nathan C. Gardner

*Attorneys for Defendants*


**Eldredge Leavitt Law Firm**

*/s/Brandon Leavitt\**
Brandon James Leavitt
*(\*Signed by filing attorney with permission
via email dated May 6, 2026.)*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I caused to be filed a true and correct copy of the foregoing **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED SCHEDULING ORDER AND AMENDED SCHEDULING ORDER** to be submitted for electronic filing through the Court's CM/ECF system, which automatically effectuated service of process upon all counsel of record.

*/s/Chad Pehrson*