Brandon James Leavitt, Tx Bar No. 24078841, *pro hac vice*
LEAVITT ELDREDGE LAW FIRM
4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith, 14323
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
801-916-8723
jsmith@mks-law.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| **JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**HER TACTICAL, LLC; E & R LLC** *dba* **HER TACTICAL; VICKY ARLENE JOHNSTON; and BLAKE CHEAL**<br><br>**Defendants.** | **PLAINTIFFS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Case No. 1:22-cv-01121-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead<br><br>**Jury Demand** |

Plaintiffs JM4 Tactical, LLC and James Chadwick Myers respectfully submit this Appendix of Evidence in support of *Plaintiffs' Consolidated Motion for Partial Summary Judgment*, filed concurrently herewith, in compliance with DUCivR 56-1. The exhibits listed in the index below are appended in the order indicated. Lengthy deposition transcripts are submitted in excerpted form pursuant to DUCivR 56-1 with the four pages preceding and four pages following each cited section. Documents already filed of record on the docket (e.g., ECF entries) are referenced directly to those filings and are not duplicated herein.

**PLAINTIFFS' MSJ APPENDIX OF EVIDENCE**

**INDEX OF EXHIBITS**

| Ex. | Description / Title of Exhibit | Source |
|---|---|---|
| 1 | Excerpts of Deposition Transcript of Vicky Arlene Johnston (Nov. 2-3, 2023), with associated four-page buffer pages around cited testimony | Plaintiffs' production from Defendants' deposition |
| 2 | Excerpts of Deposition Transcript of Grant Cavalli (Nov. 3, 2023), with associated four-page buffer pages around cited testimony | Plaintiffs' production from Defendants' deposition |
| 3 | Excerpts of Deposition Transcript of James Chadwick Myers, with associated four-page buffer pages around cited testimony | Plaintiffs' production |
| 4 | Patent Application Assignments (Chad Myers Depo. Ex. 10) | Deposition exhibit |
| 5 | Defendants' Amended and Supplemental Objections and Responses to Plaintiffs' April 4, 2023 Discovery Requests (May 31, 2023) | Defendants' production |
| 6 | Defendant Vicky Johnston's Supplements to Discovery Responses (October 26, 2023 and October 30, 2023) | Defendants' production |
| 7 | Defendant Blake Cheal's Supplement to Discovery Responses (October 26, 2023) | Defendants' production |
| 8 | Defendant Blake Cheal's Objections and Responses to Additional Requests for Admission, Requests for Production, and Interrogatories (November 14, 2023) | Defendants' production |
| 9 | Defendants' LPR 2.2(b) Disclosures (March 20, 2023) | Defendants' LPR 2.2 disclosures |
| 10 | Defendants' Initial Disclosures (March 15, 2023) | Defendants' Rule 26(a)(1) disclosures |
| 11 | Defendants' Initial Non-Infringement, Unenforceability and Invalidity Contentions (May 3, 2023) | Defendants' LPR 2.4 disclosures |
| 12 | Defendants' May 31, 2023 Supplement to Initial Non-Infringement, Unenforceability and Invalidity Contentions | Defendants' LPR 2.4 disclosures |

**PLAINTIFFS' MSJ APPENDIX OF EVIDENCE**

| Ex. | Description / Title of Exhibit | Source |
|---|---|---|
| 13 | Defendants' Initial Non-Infringement and Unenforceability Contentions (February 4, 2024) | Defendants' LPR 2.4 disclosures |
| 14 | Defendants' Final Non-Infringement Contentions (June 27, 2025) | Defendants' LPR 2.4 final contentions |
| 15 | Freedom-to-Operate Analysis from Michael R. Schramm, Schramm Patent Services, LLC, dated August 22, 2022 (Chad Myers Depo. Ex. 9) | Plaintiffs' LPR 2.2(a)(4) production |
| 16 | Email exchange between Chad Myers (JM4 Tactical) and Vicky Johnston (Her Tactical), August 19, 2022 – August 22, 2022, including August 19, 2022 cease-and-desist letter | Plaintiffs' LPR 2.2(a)(4) production |
| 17 | JM4 Tactical-Kiko Licensing Agreement (Chad Myers Depo. Ex. 11) | Deposition exhibit |

The exhibits described above are submitted as separate PDF attachments to this Appendix of Evidence in the order shown. Each exhibit bears a cover sheet identifying its number and description.

Dated this 8th day of May 2026.

Respectfully Submitted,

   /Brandon J. Leavitt/

**Brandon James Leavitt**

### CERTIFICATE OF SERVICE

By my signature above I hereby certify that a true and correct copy of the above document has been forwarded to all counsel of record via the Court's electronic filing system.

**PLAINTIFFS' MSJ APPENDIX OF EVIDENCE**