**Pl's MSJ App Ex 4
Myers Deposition Ex. 10**

# PATENT APPLICATION ASSIGNMENT

BE IT KNOWN that I, <u>James Myers</u>, residing in the city of <u>Abilene</u>, Texas, have invented a new and useful

## INSERT TITLE OF INVENTION HERE

for which application is being made for Letters Patent, said application being identified as U.S. Patent Application No. <u>15/905,267</u>, filed <u>26 FEBRUARY 2018</u>, titled "<u>GUN HOLSTER SYSTEM AND METHOD OF USE</u>" and being further identified as Attorney Docket No. <u>3168JM-1CRE</u>.

WHEREAS, <u>JM4 TACTICAL, LLC</u>, a corporation of the State of Texas, having a correspondence address at <u>500 CHESTNUT ST. STE 801, ABILENE, TX 79602</u>, is desirous of acquiring our entire right, title and interest in said invention, application, and any patents that may issue thereon.

NOW THEREFORE, be it known by all whom it may concern that for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby assign to said corporation for the territory of the United States of America and the entire world our entire right, title, and interest in and to said invention, any patent applications filed therefor, including any provisional, design, utility, divisional, continuation, continuation-in-part, reissue, reexamination, and international applications, and any patents that may issue thereon, and including all priority rights for patent applications foreign to the United States of America.

I HEREBY covenant and agree that I will at any time, upon the request and at the expense of said corporation, execute and deliver any and all papers and do all lawful acts that may be necessary or desirable to perfect the title to said invention, applications, and patents, and I authorize the Commissioner of Patents and Trademarks to issue Letters Patent to said corporation.

IN TESTIMONY WHEREOF, I execute this Patent Application Assignment on the date set forth below.

_____          _____
(Enter Inventor Name Here)                Date

EXHIBIT ___10___
WIT: C. Myers
DATE: 4-22-24
Amanda Richards, CSR

I claim:

The ornamental design for a gun holster as shown and described.

Substitute Specification
Attorney Docket No. 3168-1DRE
Page 3

JM4HT-0226

## PATENT APPLICATION ASSIGNMENT

BE IT KNOWN that I, James Myers, residing in the city of ____Abilene____, Texas, have invented a new and useful

## INSERT TITLE OF INVENTION HERE

for which application is being made for Letters Patent, said application being identified as U.S. Patent Application No. __D811,731__, filed __05 October 2016__, titled " __GUN HOLSTER__ " and being further identified as Attorney Docket No.3168JM-1DRE .

WHEREAS, __JM4 Tactical, LLC__ , a corporation of the State of Texas, having a correspondence address at __500 Chestnut. STE 801, Abiline, Texas 79602__ ; is desirous of acquiring our entire right, title and interest in said invention, application, and any patents that may issue thereon.

NOW THEREFORE, be it known by all whom it may concern that for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby assign to said corporation for the territory of the United States of America and the entire world our entire right, title, and interest in and to said invention, any patent applications filed therefor, including any provisional, design, utility, divisional, continuation, continuation-in-part, reissue, reexamination, and international applications, and any patents that may issue thereon, and including all priority rights for patent applications foreign to the United States of America.

I HEREBY covenant and agree that I will at any time, upon the request and at the expense of said corporation, execute and deliver any and all papers and do all lawful acts that may be necessary or desirable to perfect the title to said invention, applications, and patents, and I authorize the Commissioner of Patents and Trademarks to issue Letters Patent to said corporation.

IN TESTIMONY WHEREOF, I execute this Patent Application Assignment on the date set forth below.

_____
(Enter Inventor Name Here)

12-13-18
_____
Date

## PATENT APPLICATION ASSIGNMENT

BE IT KNOWN that I, <u>James Myers</u>, residing in the city of <u>Abilene</u>, Texas, have invented a new and useful

## INSERT TITLE OF INVENTION HERE

for which application is being made for Letters Patent, said application being identified as U.S. Patent Application No. <u>9,784,530</u>, filed <u>06 December 2016</u>, titled "<u>GUN HOLSTER SYSTEM AND METHOD OF USE</u>" and being further identified as Attorney Docket No. <u>3168-1A-1NRE</u>.

WHEREAS, <u>JM4 TACTICAL, LLC</u>, a corporation of the State of Texas, having a correspondence address at <u>500 CHESTNUT ST. STE 801, ABILENE, TX 79602</u>, is desirous of acquiring our entire right, title and interest in said invention, application, and any patents that may issue thereon.

NOW THEREFORE, be it known by all whom it may concern that for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby assign to said corporation for the territory of the United States of America and the entire world our entire right, title, and interest in and to said invention, any patent applications filed therefor, including any provisional, design, utility, divisional, continuation, continuation-in-part, reissue, reexamination, and international applications, and any patents that may issue thereon, and including all priority rights for patent applications foreign to the United States of America.

I HEREBY covenant and agree that I will at any time, upon the request and at the expense of said corporation, execute and deliver any and all papers and do all lawful acts that may be necessary or desirable to perfect the title to said invention, applications, and patents, and I authorize the Commissioner of Patents and Trademarks to issue Letters Patent to said corporation.

IN TESTIMONY WHEREOF, I execute this Patent Application Assignment on the date set forth below.

_____  _____
(Enter Inventor Name Here)        **Date**

## PATENT APPLICATION ASSIGNMENT

BE IT KNOWN that I, <u>James Myers</u>, residing in the city of <u>Abilene</u>, Texas, have invented a new and useful

## INSERT TITLE OF INVENTION HERE

for which application is being made for Letters Patent, said application being identified as U.S. Patent Application No. <u>29/585,487</u>, filed <u>23 NOVEMBER 2016</u>, titled "<u>GUN MAGAZINE POUCH</u>" and being further identified as Attorney Docket No. <u>3168JM-2DBL</u>.

WHEREAS, <u>JM4 TACTICAL, LLC</u>, a corporation of the State of Texas, having a correspondence address at <u>500 CHESTNUT ST. STE 801, ABILENE, TX 79602</u>, is desirous of acquiring our entire right, title and interest in said invention, application, and any patents that may issue thereon.

NOW THEREFORE, be it known by all whom it may concern that for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby assign to said corporation for the territory of the United States of America and the entire world our entire right, title, and interest in and to said invention, any patent applications filed therefor, including any provisional, design, utility, divisional, continuation, continuation-in-part, reissue, reexamination, and international applications, and any patents that may issue thereon, and including all priority rights for patent applications foreign to the United States of America.

I HEREBY covenant and agree that I will at any time, upon the request and at the expense of said corporation, execute and deliver any and all papers and do all lawful acts that may be necessary or desirable to perfect the title to said invention, applications, and patents, and I authorize the Commissioner of Patents and Trademarks to issue Letters Patent to said corporation.

IN TESTIMONY WHEREOF, I execute this Patent Application Assignment on the date set forth below.

_____          _____
(Enter Inventor Name Here)                Date

# PATENT APPLICATION ASSIGNMENT

BE IT KNOWN that I, <u>James Myers</u>, residing in the city of <u>Abilene</u>, Texas, have invented a new and useful

## INSERT TITLE OF INVENTION HERE

for which application is being made for Letters Patent, said application being identified as U.S. Patent Application No. <u>29/585,488</u>, filed <u>23 NOVEMBER 2016</u>, titled "<u>GUN HOLSTER</u>" and being further identified as Attorney Docket No. <u>3168JM-3DRE</u>.

WHEREAS, <u>JM4 TACTICAL, LLC</u>, a corporation of the State of Texas, having a correspondence address at <u>500 CHESTNUT ST. STE 801, ABILENE, TX 79602</u>, is desirous of acquiring our entire right, title and interest in said invention, application, and any patents that may issue thereon.

NOW THEREFORE, be it known by all whom it may concern that for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby assign to said corporation for the territory of the United States of America and the entire world our entire right, title, and interest in and to said invention, any patent applications filed therefor, including any provisional, design, utility, divisional, continuation, continuation-in-part, reissue, reexamination, and international applications, and any patents that may issue thereon, and including all priority rights for patent applications foreign to the United States of America.

I HEREBY covenant and agree that I will at any time, upon the request and at the expense of said corporation, execute and deliver any and all papers and do all lawful acts that may be necessary or desirable to perfect the title to said invention, applications, and patents, and I authorize the Commissioner of Patents and Trademarks to issue Letters Patent to said corporation.

IN TESTIMONY WHEREOF, I execute this Patent Application Assignment on the date set forth below.

_____          _____12-13-25_____
(Enter Inventor Name Here)                Date