# Pl's MSJ App Ex 6
# Johnston's Supp. Disc. Responses

Chad S. Pehrson (12622)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>       Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>       Defendants. | **DEFENDANT VICKY JOHNSTON'S SUPPLEMENT TO DISCOVERY RESPONSES**<br><br>Case No. 1:22-cv-00121-DAK<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

**Supplemental Response to Johnston Interrogatory No. 16.** The parties have agreed upon a vendor who will examine the Wordpress site and extract documentation, , if possible, that upon review, would provide an adequate response to this interrogatory.

DATED this 26th Day of October, 2023.

1

|  | KUNZLER BEAN & ADAMSON<br><br>/s/ Chad S. Pehrson<br><br>Chad S. Pehrson |
|---|---|
| I, Vicky Johnston,  state that I have read the above answers to the referenced interrogatories, which are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.<br><br>**/s Vicky Johnston** |  |

2

## CERTIFICATE OF SERVICE

I certify that on the 26th day of October 2023, a true and correct copy of the foregoing **DEFENDANT VICKY JOHNSTON'S SUPPLEMENT TO DISCOVERY RESPONSES** was served upon Plaintiffs' counsel via email.


*/s/ Chad S. Pehrson*