# Pl's MSJ App Ex 7
# Cheal's Supp. Disc. Responses

Chad S. Pehrson (12622)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, <br><br> Plaintiffs, <br><br> v. <br><br> HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual; <br><br> Defendants. | **DEFENDANT BLAKE CHEAL'S SUPPLEMENT TO DISCOVERY RESPONSES** <br><br> Case No. 1:22-cv-00121-DAK <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Dustin B. Pead |

**Supplemental Response to Cheal Interrogatory No. 6.**  Mr. Cheal has no bank accounts shared between him and Her Tactical.

**Supplemental Response to Cheal Interrogatory No. 10.**   Mr. Cheal became aware of the patents asserted in the Complaint when served with the Complaint (September 2023).  Mr. Cheal became aware of the additional utility patent asserted in the Amended Complaint when the Amended Complaint was filed in the litigation  (October 2023).  The source of this information was the Complaint and the Amended Complaint.  Mr. Cheal received the information when he read the pleadings that named him as a Defendant.  He has since defended himself in this litigation.

1

Mr. Cheal received a copy of the patents as part of his litigation defense efforts.   Mr. Cheal has knowledge of receiving the Complaint and the Amended complaint after they were filed.

**Supplemental Response and Objection to Cheal Interrogatory No. 19.**  Mr. Cheal continues to object to providing any further contact information aside from his counsel's. Mr. Cheal's personal contact information is irrelevant to the claims and defenses in the action, and inappropriate to convey in the context of this adversarial litigation.

DATED this 26th Day of October, 2023.

Respectfully submitted,

**KUNZLER BEAN & ADAMSON**

*/s/ Chad S. Pehrson*
Chad S. Pehrson
*Attorneys for Defendants*

| | |
|---|---|
| I, Blake Cheal,  state that I have read the above answers to the referenced interrogatories, which are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct. <br><br> **/s Blake Cheal** | |

2

**CERTIFICATE OF SERVICE**

I certify that on the 26th Day of October 2023, I emailed a true and correct copy of the foregoing to counsel for Plaintiffs.

*/s/ Chad S. Pehrson*