# Pl's MSJ App Ex 8
# Cheal's Further Disc. Responses

Chad S. Pehrson (12622)
Bryan Todd (19099)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law
btodd@kba.law

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual;<br><br>Defendants. | **DEFENDANT BLAKE CHEAL'S OBJECTIONS AND RESPONSES TO ADDITIONAL REQUESTS FOR ADMISSION, REQUESTS FOR PRODUCTION, AND INTERROGATORIES**<br><br>Case No. 1:22-cv-00121-DAK<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

General objections: Mr. Cheal answers these discovery requests solely in his own capacity.

**Response to Cheal Interrogatory No. 20.**  The Blake and Tanya Cheal Living Trust was set up many years ago as an estate planning mechanism.  Mr. Cheal no longer has ready access to any of the Trust documents but is continuing to search.  He believes at present that the Trust was set up as a revocable trust, with Blake Cheal and Tanya Cheal as settlors, and beneficiaries.  The Trust no longer functions in any respect.  It may be identified on certain state records as the owner of a vehicle, but the vehicle is in fact owned by Mr. Cheal.

1

**Response to Cheal Interrogatory No. 21.**   None.

**Response to Cheal Interrogatory No. 22.**   Incorporate response to Interrogatory No. 22.  Mr. Cheal does support his wife in her business endeavors, and he has indeed utilized his truck to assist her in transporting certain holsters owned by Her Tactical.

**Response to Cheal RFP No. 57.**   Objection as irrelevant.  Mr. Cheal no longer has ready access to any of the Trust documents but is continuing to search.

**Response to RFA No. 54.**   Admit that the Blake and Tanya Cheal Living Family Trust may be listed on file with county authorities as the owner of the house referenced.  However, Mr. Cheal in fact owns the home.

**Response to RFA No. 55.**   Admit that the Blake and Tanya Cheal Living Family Trust may be listed on file with relevant regulators as the owner of the truck referenced.  However, Mr. Cheal in fact owns the truck.

DATED this 14th  Day of November, 2023.

Respectfully submitted,

**KUNZLER BEAN & ADAMSON**

*/s/ Chad S. Pehrson*
Chad S. Pehrson
Bryan Todd
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on the 14th Day of November 2023, a true and correct copy of the foregoing **DEFENDANT BLAKE CHEAL'S OBJECTIONS AND RESPONSES TO ADDITIONAL REQUESTS FOR ADMISSION, REQUESTS FOR PRODUCTION, AND INTERROGATORIES.** was served on counsel of record for Plaintiff via electronic mail as indicated below:

Brandon Leavitt - brandon@uslawpros.com

Jason Smith - jsmith@mks-law.com

*/s/ Andrea Coats*