# Pl's MSJ App Ex 9
# Defs' LPR 2.2(b) Disclosures

Chad S. Pehrson (12622)
Alexis Nelson (9566)
KUNZLER BEAN & ADAMSON, PC
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646
cpehrson@kba.law
anelson@kba.law

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, NORTHERN DIVISION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| JM4 TACTICAL, LLC and | : | |
| CHADWICK MYERS, | | |
| Plaintiff(s), | : | |
| v. | : | Case No. 1:22-cv-00121-DAK |
| HER TACTICAL, LLC; E & R LLC d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON; and BLAKE CHEAL, | : | |
| Defendant(s). | : | |

## DEFENDANTS' LPR 2.2(b) DISCLOSURES

Defendants Her Tactical, LLC; E&R LLC, Vicky Arlene Johnston and Blake Cheal

hereby make the following Initial Disclosures pursuant to LP 2.2(b).

(1) documents or things sufficient to show the operation and construction of all aspects or elements of each Accused Instrumentality identified with specificity in the pleading or Accused Instrumentality. ***Produced along with disclosures.***

(2) a copy of each item of prior art of which the party is aware and upon which the party intends to rely that allegedly anticipates each asserted patent and its related claims or renders them obvious or, if a copy is unavailable, a description sufficient to identify the prior art and its relevant details; ***Produced along with disclosures.***

(3) the Accused Instrumentality; ***Defendants assume that Plaintiffs purchased and reviewed the Accused Instrumentality prior to filing this litigation.  If not, the Accused Instrumentality is available for inspection at 50 W. 300 S. Ste 1000, SLC UT 84101***

(4) an estimate for the relevant time frame of the quantity of each Accused Instrumentality sold and the gross sales revenue.  ***May 2022 until present.   Through February 2023, gross sales revenue is $26,090.63.***

Dated:  March 20, 2023

KUNZLER BEAN & ADAMSON, PC

By:    /s/    Chad S. Pehrson
Chad S. Pehrson

## CERTIFICATE OF SERVICE

I certify that on the March 15, 2023, I served a true and correct copy of the foregoing **LPR 2.2 DISCLOSURES on Plaintiffs through their counsel listed below, via electronic mail delivery:**

Brandon James Leavitt
Levitt Eldredge Law Firm
4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107
brandon@uslawpros.com

Jason K. Smith
MK Smith, APC
9891 Irvine Center Dr., Ste. 200
Irvine, CA 92618
jsmith@mks-law.com

*/s/ Chad S. Pehrson*