# Pl's MSJ App Ex 12
# Defs' LPR 2.4
# Supplemental Disclosures

Chad S. Pehrson (12622)
Alexis Nelson (9566)
KUNZLER BEAN & ADAMSON, PC
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646
cpehrson@kba.law
anelson@kba.law

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, NORTHERN DIVISION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| JM4 TACTICAL, LLC and JAMES CHADWICK MYERS, | : | |
| Plaintiff(s), | : | |
| v. | : | Case No. 1:22-cv-00121-DAK |
| HER TACTICAL, LLC; E & R LLC d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON; and BLAKE CHEAL, | : | |
| Defendant(s). | : | |

## DEFENDANTS' MAY 31 SUPPLEMENT TO INITIAL NON-INFRINGEMENT, UNENFORCEABILITY AND INVALIDITY CONTENTOINS

Defendants' Initial Contentions were served on May 3, 2023, and this constitutes Defendants' first supplement. In their initial contentions, Defendants reserved the right to amend, correct, or supplement these initial contentions to identify additional discoverable documents and tangible things in its possession, custody or control supporting its claims and defenses as discovery and further investigation may reveal.

As to invalidity and unenforceability contentions, prior art is largely insignificant in this case, where infringement is not close and would not have been alleged by any reasonable party; prior art consideration will likely be unnecessary in wholly resolving the case.  However, given Plaintiffs' broad infringement contentions (including that as to the asserted utility patents, 2 magnets meets the 3-magnet limitation found in each claim), in the unlikely event that a court acknowledges such broad infringement contentions, then each patent is invalid in view of the prior art.  To prove this, Defendants will cite referenced contained in the prosecution history of each asserted patent, which need not be re-stated here because Plaintiffs are aware of the citations, and furthermore the prosecution histories and citations are already part of the existing record in the case, including the parties' document productions.

Dated:  May 31, 2023

By:      /s/    Chad S. Pehrson

Chad S. Pehrson
KUNZLER BEAN & ADAMSON, PC
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel.: (801) 994-4646
Fax: (801) 531-1929

**<u>CERTIFICATE OF SERVICE</u>**

On the date below written, the undersigned hereby certifies that a true and correct copy of the foregoing **via** email on the following counsel of record:

Brandon Leavitt, brandon@uslawpros.com

Jason Smith, jsmith@mks-law.com

DATED this 31st day of May 2023.

*/s/ Chad S. Pehrson*