# Pl's MSJ App Ex 16
# August 19-22, 2022 Email Exchange
# Myers/Johnston including Cease and Desist

**From:** vicky@hertactical.com
**Sent:** Monday, August 22, 2022 8:38 PM
**To:** Chad Myers
**Subject:** RE: HER TACTICAL Inquiry


Chad,

We were careful about designing our magnetic holster and had consulted with a patent agent before moving forward with production.

Please find attached an FTO analysis and all documentation pertaining to your patent '530.

We have been advised that there are several options, as per the FTO Analysis to seek damages, if deemed necessary. We insist that you cease and desist from any baseless allegations of infringement and cease all disparaging comments with respect to myself, our products and our company.


## Vicky Johnston

HER TACTICAL
HerTactical.com


**From:** Chad Myers <chad@jm4tactical.com>
**Sent:** Friday, August 19, 2022 12:52 PM
**To:** vicky@hertactical.com
**Subject:** Re: HER TACTICAL Inquiry

No, there are several child applications attached to the mother patent. We have multiple patents coving the magnetic holster. We are one of the largest holster companies on the market, and we have been in business since 2016. This is not our first rodeo with people like you. So you have until Wednesday or we will turn everything over to our legal team.

Chad Myers
JM4 Tactical LLC
Office 877-704-5015
Cell 325-201-3130
Www.JM4Tactical.com


**From:** vicky@hertactical.com <vicky@hertactical.com>
**Sent:** Friday, August 19, 2022 1:34:41 PM
**To:** Chad Myers <chad@jm4tactical.com>
**Subject:** RE: HER TACTICAL Inquiry

Hi Chad,

Your patent claim is for a 3-magnet system. Correct?

**Vicky Johnston**
HER TACTICAL
HerTactical.com
801-882-9102

---

**From:** Chad Myers <chad@jm4tactical.com>
**Sent:** Friday, August 19, 2022 11:04 AM
**To:** vicky@hertactical.com
**Subject:** RE: HER TACTICAL Inquiry

Vicky,

I feel you are well aware of what this is regarding, however, it is pertaining to your infringement of multiple issued U.S. Utility and Design Patents with your "Magnetic Gun Holster", specifically US 9,784,530 B1.

Providing the below conditions are met by Wednesday, August 24, 2022 at 8am CT we will not have any further issues.

1. Immediately cease all actions to manufacture, design, and/or sell any holster having the features covered under patent '530 including but not limited to, products placed in physical brick and mortar stores and web based stores;
2. Immediately remove any and all marketing materials attempting to advertise any holster having features covered under patent '530, including but not limited to videos, social media posts, & product listings.
3. Overturn any inventory, drawings, design specifications, and the like for the holster having the features covered under patent '530; and
4. Provide written assurance that you will forego any future development, manufacturing, and/or selling of a holster having the features covered under patent '530.

If these conditions are not met by Wednesday, August 24, 2022, we are prepared to move forward with legal action.



*Chad Myers*

**JM4 Tactical**
Changing The Way YOU Carry™
(325)704-2552

---

**From:** vicky@hertactical.com
**Sent:** Friday, August 19, 2022 11:05 AM
**To:** Chad Myers
**Subject:** HER TACTICAL Inquiry

Hi Chad,

Please explain the nature of your business

## Vicky Johnston

HER TACTICAL
HerTactical.com
801-882-9102



---

**From:** Chad Myers
**Sent:** Thursday, August 18, 2022 9:40 AM
**To:** vicky@hertactical.com
**Subject:** Other | Her Tactical Contact Page

| Name | Chad |
|------|------|
| Last | Myers |
| Email | chad@jm4tactical.com |

| | |
|---|---|
| **Phone** | 877-704-5015 |
| **Type of inquiry** | Other |
| **Need to upload an image or document?** | No |
| **Message** | I am needing you to send me the contact information to to you lawyers to my email. |