# Pl's MSJ App Ex 17
# JM4 Kiko
# Licensing Agreement

### INTELLECTUAL PROPERTY LICENSING AGREEMENT

This Intellectual Property Licensing Agreement (the "Agreement") is made and entered into as of the date payment is made pursuant to Provision 5 herein (the "Effective Date"), by and between JM4 Tactical, LLC ("Licensor") and Kiko Leather, Inc. ("Licensee").

### 1.    RECITALS

WHEREAS, Licensor is the owner of certain intellectual property rights, which are more particularly described in Exhibit A attached hereto and incorporated herein by reference ("Licensed IP");

WHEREAS, Licensee desires to obtain, and Licensor is willing to grant, a license to use the Licensed IP in connection with the manufacture, advertisement, distribution, and sale of the products listed in Exhibit B attached hereto and incorporated herein by reference ("Products");

WHEREAS, Licensee has previously sold inventory of the Products, which is documented in Exhibit C attached hereto and incorporated herein by reference ("Sold Inventory");

NOW, THEREFORE, in consideration of the mutual promises, covenants, and conditions hereinafter set forth, the parties agree as follows:

### 2.    GRANT OF LICENSE

Licensor hereby grants to Licensee an exclusive license to use the Licensed IP solely in connection with the manufacture, advertisement, distribution, and sale of the Products within Wal-Mart stores and on Walmart.com globally ("Territory"). Licensee agrees not to sell or distribute the Products through any other retail outlets or e-commerce platforms except as expressly permitted herein. Any expansion of this territory by Licensee—such as to third-party websites or other retail locations—shall require the express written approval by Licensor.

### 3.    PATENT MARKING

For any Products manufactured after the Effective Date, Licensee shall mark the packaging of all Products covered by this Agreement with the following patent numbers: 11/747,109 and 9/784,530. This marking shall be clear, conspicuous, and included on all packaging, instructions, and any accompanying literature or materials distributed in association with the Products. Licensee agrees to place these patent numbers on all future product sales packaging in compliance with the patent marking statutes of the United States and any other applicable jurisdictions. Failure to appropriately mark the packaging as required by this provision may be considered a material breach of this Agreement.

**4.     ROYALTY**

Licensee shall pay to Licensor a royalty of twelve percent (12%) of the net sales of the Products ("Royalty"). Licensee shall make Royalty payments to Licensor on a monthly basis. Each payment shall be accompanied by a monthly sales report detailing the inventory of the Products sold during the preceding month.

**5.     RETROACTIVE ROYALTY**

Licensee agrees to pay Licensor a Royalty of twelve percent (12%) for all Sold Inventory, as detailed in Exhibit C.

**6.     ENFORCEMENT RIGHTS**

Licensor shall reasonably pursue potential infringers of the Licensed IP within the Territory.

**7.     ADDITIONAL DESIGNS**

During the Term, Licensee shall not manufacture, advertise, distribute, or sell any magnetic holster designs other than those listed in Exhibit B without the express written permission of Licensor.

**8.     TERM**

The initial term of this Agreement shall be for two (2) years from the Effective Date, and it will automatically renew for two successive two (2) year renewal periods unless one or more of Licensor or Licensee gives notice before the end of any such period that it elects not to renew, which shall be non-transferable.

**9.     INDEMNIFICATION**

Licensee shall indemnify and hold Licensor harmless from and against any and all claims, damages, losses, costs, expenses, and liabilities arising out of or in connection with the safety, sale, or distribution of the Products, including but not limited to any claim that the Products infringe upon the rights of any third party (other than the Licensed IP).

Licensor shall indemnify and hold Licensee harmless from and against any and all claims, damages, losses, costs, expenses, and liabilities arising out of or in connection with a claim that the Licensed IP infringes upon the rights of any third party.

**10.**     **WARRANTIES**

Licensor hereby represents and warrants to Licensee that: (a) The contents of Exhibit A accurately and comprehensively list all of the intellectual property that is subject to the license granted herein, and (b) that Licensor owns or has the legal right to license the intellectual property rights contained within Exhibit A.

Licensee hereby represents and warrants to Licensor that: (c) the contents of Exhibit B accurately list all of the Products authorized to be manufactured, advertised, distributed, and sold by Licensee under this Agreement; (d) that all such Products are free from any legal claims or encumbrances that would interfere with the Licensee's rights under this Agreement (other than those arising from the Licensed IP); (e) the contents of Exhibit C provide a true, complete, and accurate report of all previously sold inventory of the Products up to the Effective Date; and (f) that all such Sold Inventory was sold in the ordinary course of business.

The Parties also mutually warrant that they will update Exhibits A and B, as necessary throughout the term of this Agreement to reflect any changes in the Licensed IP or Products, and that they will provide the other party with prompt notice of any such updates.

Each party acknowledges that the other party has entered into this Agreement in reliance upon the accuracy of the warranties set forth in this section.

**11.**     **GOVERNING LAW AND JURISDICTION**

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas, without regard to its conflict of laws principles. Any legal suit, action, or proceeding arising out of or related to this Agreement shall be instituted in the courts of the State of Texas, and each party irrevocably submits to the exclusive jurisdiction of such courts.

**12.**     **CONFIDENTIALITY**

Each party agrees to maintain the confidentiality of any proprietary information received from the other party during the course of this Agreement and to use such information only for purposes expressly permitted by this Agreement. Without limitation, any sales reports or financial information provided by Licensee shall be deemed confidential.

**13.**     **NOTICES**

All notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served on the party pursuant to federal rules, or on the third day after mailing if electronically mailed to the party representative to whom notice is to be given, as follows:

Intellectual Property Licensing Agreement                                               Page 3 of 7

*For Licensor:* by email to Chad Myers at chad@jm4tactical.com
*For Licensee:* by email to Andy Kocoglu at andykocoglu@gmail.com

Either party may change the address to which notices or other communications hereunder are to be sent by giving the other party notice in the manner set forth above.

### 14.    ASSIGNMENT

Neither this Agreement nor any of the rights, interests, or obligations hereunder shall be assigned by either party without the prior written consent of the other party, except that Licensor may assign its rights and obligations under this Agreement in the event of a merger, consolidation, sale of all or substantially all of its assets, or other similar transaction.

### 15.    ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, both written and oral, between the parties with respect to the subject matter hereof.

### 16.    WAIVER

The waiver by either party of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach.

### 17.    SEVERABILITY

If any term or other provision of this Agreement is invalid, illegal, or incapable of being enforced by any rule of law or public policy, all other conditions and provisions of this Agreement shall nevertheless remain in full force and effect.

### 18.    COUNTERPARTS

This Agreement may be executed in counterparts, each of which shall be deemed to be an original, and all of which shall be deemed to constitute one and the same instrument. Signatures applied or transmitted electronically shall have the same force and effect of an original.

IN WITNESS WHEREOF, the parties hereto have executed this Intellectual Property Licensing Agreement as of the Effective Date.

**JM4 Tactical, LLC**                                           **Kiko Leather, Inc.**

By:_____              By:_____
Name:   James Chadwick Myers              Name:    Andy Kocoglu
Title:    President, CEO                          Title:     Principal

Date:                                                   Date:

Intellectual Property Licensing Agreement                                    Page 4 of 7

**EXHIBIT A**

**DESCRIPTION OF LICENSED JM4 INTELLECTUAL PROPERTY**

The following intellectual property shall be licensed pursuant to this Agreement:

| USPTO No. | Description |
| --- | --- |
| 11/747,109 | Claiming a 2-magnet construction of a magnetic retention holster |
| 9/784,530 | Claiming a 3-magnet construction of a magnetic retention holster |
| D788,451 | Claiming the ornamental design of a holster as follows: |
| D811,731 | Claiming the ornamental design of a holster as follows: |
| D836,329 | Claiming the ornamental design of a holster as follows: |
| D841,979 | Claiming the ornamental design of a holster as follows: |
| 90/518,181 | Claiming the product configuration (trade dress) of the holster as follows: |

## EXHIBIT B
### LIST OF KIKO PRODUCTS SUBJECT TO LICENSE

The Agreement contemplates that the following products, and any iterations or variations thereof, wherever they can be found, shall be licensed pursuant to this Agreement:

The "Saddle Mate" Holster, Manufacturer Part Number BR2055, which was the subject of Walmart Brand Portal Case BPCASE73669, dated August 21, 2023, and otherwise identified as follows—



**EXHIBIT C**
**REPORT OF PREVIOUSLY SOLD KIKO INVENTORY**

| Brand | Customer Name | Customer PO | Order Date | Item | Description | UPC | Qty Ordered | Unit Price | Discount | Effective Unit Price | Ordered Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Saddle Mate | Walmart USA | 2429079985 | 06/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 2429129247 | 06/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 216.00 | 14.43 | 3.35 | 13.95 | 3,012.47 |
| Saddle Mate | Walmart USA | 6379931432 | 06/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 216.00 | 14.43 | 3.35 | 13.95 | 3,012.47 |
| Saddle Mate | Walmart USA | 9079624307 | 06/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 9229486038 | 06/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 3129387256 | 06/25/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 2479586461 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 216.00 | 14.43 | 3.35 | 13.95 | 3,012.47 |
| Saddle Mate | Walmart USA | 2779407279 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 3029862743 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3129387578 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4129932221 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 8779368041 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 9579318465 | 07/02/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1079952556 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1080071127 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 144.00 | 14.43 | 3.35 | 13.95 | 2,008.31 |
| Saddle Mate | Walmart USA | 1180071145 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 1229526891 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2079586355 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 2429387916 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 3029863075 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 4479269046 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 4679779205 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 6234603601 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 6330110592 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 192.00 | 14.43 | 3.35 | 13.95 | 2,677.75 |
| Saddle Mate | Walmart USA | 6629773691 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 7629289241 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 216.00 | 14.43 | 3.35 | 13.95 | 3,012.47 |
| Saddle Mate | Walmart USA | 7730011486 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 144.00 | 14.43 | 3.35 | 13.95 | 2,008.31 |
| Saddle Mate | Walmart USA | 8479348731 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 9579318813 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 9679773872 | 07/09/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1079952926 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 1829655178 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2779972444 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 3079388510 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 3730130791 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 264.00 | 14.43 | 3.35 | 13.95 | 3,681.90 |
| Saddle Mate | Walmart USA | 4179447432 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 4329912941 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 4430130718 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 120.00 | 14.43 | 3.35 | 13.95 | 1,673.59 |
| Saddle Mate | Walmart USA | 4679299392 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 4734079233 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 144.00 | 14.43 | 3.35 | 13.95 | 2,008.31 |
| Saddle Mate | Walmart USA | 4779912986 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 144.00 | 14.43 | 3.35 | 13.95 | 2,008.31 |
| Saddle Mate | Walmart USA | 5279319256 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 240.00 | 14.43 | 3.35 | 13.95 | 3,347.18 |
| Saddle Mate | Walmart USA | 6779239980 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 168.00 | 14.43 | 3.35 | 13.95 | 2,343.03 |
| Saddle Mate | Walmart USA | 8779704671 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 8979635395 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 9279487101 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 216.00 | 14.43 | 3.35 | 13.95 | 3,012.47 |
| Saddle Mate | Walmart USA | 9679774197 | 07/16/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 96.00 | 14.43 | 3.35 | 13.95 | 1,338.87 |
| Saddle Mate | Walmart USA | 2079586994 | 07/23/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 2479587454 | 07/23/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3079388836 | 07/23/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1829656430 | 08/13/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1079954659 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1280152350 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 2080270836 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2774409429 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3730132447 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4280330372 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4779914639 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 7730013503 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8979636965 | 08/20/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1229529078 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1880261358 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 2079588571 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4329914920 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4430132616 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 6379934890 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8180261225 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8880370126 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 9079627502 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 9279488972 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 9679776191 | 08/27/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1080073772 | 09/03/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1630202260 | 09/03/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2479589485 | 09/03/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8230063640 | 09/03/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8779706792 | 09/03/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5780232171 | 09/10/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8880370722 | 09/10/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 7730014826 | 09/17/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1880262631 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2080272395 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2779975849 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 3029866676 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4580272313 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5080460463 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 6235141754 | 09/24/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1079956721 | 10/01/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1280154297 | 10/01/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 6234607555 | 10/01/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 6330114603 | 10/01/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 9079628984 | 10/01/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1180075535 | 10/08/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 3630243238 | 10/08/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1630204314 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 3730135048 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4129937471 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4280333080 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4430135028 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 4779917257 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5080461572 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 5480491119 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 5535221944 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5780233872 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 72.00 | 14.43 | 3.35 | 13.95 | 1,004.16 |
| Saddle Mate | Walmart USA | 8230065712 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8880303304 | 10/15/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1880263991 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2779977316 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2880372937 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Saddle Mate | Walmart USA | 6234608595 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 6379937672 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 7730016572 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8180451846 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8230451847 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8480283513 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 9679778988 | 10/22/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1080076454 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1180076636 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1280155653 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1630990045 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 2080274106 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 3029868431 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3630244260 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3730135649 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4329917871 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 5080462193 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 6830541446 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8180264082 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 8230452150 | 10/29/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4430136027 | 11/05/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 4580274220 | 11/05/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5480491948 | 11/05/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 6330116334 | 11/05/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 8230066688 | 11/05/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 1630205558 | 11/12/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 5080462837 | 11/12/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 5480492227 | 11/12/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1880265213 | 11/19/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 2080274993 | 11/19/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 3730136489 | 11/19/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 5780235407 | 11/19/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1079959493 | 11/26/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 1180077885 | 11/26/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| Saddle Mate | Walmart USA | 4779918986 | 11/26/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 24.00 | 14.43 | 3.35 | 13.95 | 334.72 |
| Saddle Mate | Walmart USA | 6235144678 | 11/26/2023 | BR2055 | Magnet Holster Brown | 856425007601 | 48.00 | 14.43 | 3.35 | 13.95 | 669.44 |
| | | | | | | | 9,072.00 | | | | 126,523.56 |

# Pl's MSJ App Ex 17
# JM4 Kiko
# Licensing Agreement