Chad S. Pehrson (Utah Bar No. 12622) cpehrson@knh.law
Nathan Gardner (Utah Bar No. 19537) ngardner@knh.law

**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>E&R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, individually and as settlor and trustee of THE BLAKE AND TANYA CHEAL FAMILY LIVING TRUST,<br><br>    Defendants. | **DECLARATION OF VICKY ARLENE JOHNSTON IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

I, Vicky Arlene Johnston, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration. I make this Declaration in support of my Motion for Summary Judgment in this action.

2. References herein to "Her Tactical" refer collectively to E&R LLC and HER TACTICAL, LLC. Both are single-member limited liability companies organized under the laws of Utah, of which I am the sole member. Through Her Tactical, I design and arrange for the manufacture of magnetic holsters for women. The "Her Tactical" magnetic-holster

1

business at issue in this action has been continuously operated under the "Her Tactical" brand since 2021.

3. My work with Her Tactical is a side project. In my full-time profession, I work as a real estate agent.

4. I started the Her Tactical magnetic-holster business in 2021 after concluding that available concealed-carry holsters did not adequately meet the needs of many women's clothing and carry preferences. In my work as a real estate agent, I frequently work alone in empty houses. I attended firearms courses, began carrying for self-protection, and later designed holsters intended to address those needs.

5. I have been the sole member of Her Tactical since the magnetic-holster business began in 2021. No other person, including my husband, Blake Cheal, is, has ever been, or has any equity, profit, or distribution interest in Her Tactical. Mr. Cheal is not a member, manager, officer, or owner of Her Tactical and has never been a member, manager, officer, or owner of Her Tactical.

6. I am the only person who manages or operates Her Tactical's business. Her Tactical has used third-party vendors and professionals only as outside service providers, not as owners, managers, officers, employees, or agents.

7. I do not operate or hold myself out as operating the holster business in my individual capacity. When I make sales, design products, communicate with customers, contract with manufacturers, post on Her Tactical's social media accounts, or perform any other

2

commercial activity related to the holster business, I do so on behalf of Her Tactical, not in my individual capacity.

8.  My husband, Blake Cheal, is not, and never has been, an officer, member, manager, employee, or agent of Her Tactical. Mr. Cheal does not work for Her Tactical, does not direct Her Tactical's decisions, and has no operational role in the business. He supports me as a spouse, but he does not run, manage, or operate the business.

9.  To the extent Her Tactical has at any time used the phrase "family-owned business" in marketing materials, that phrase reflected the support I receive from my family for my work, not a co-ownership, co-employment, or co-financial-gain interest by anyone in my family, including my husband. No member of my family, including my husband, has ever owned any interest in Her Tactical, drawn a salary from Her Tactical, received profit distributions from Her Tactical, or received compensation from Her Tactical for services.

10. Her Tactical's registered office address is the same as my and my husband's residence because I perform administrative work for the business from my home. Her Tactical does not pay personal household expenses, and I keep Her Tactical's finances, books, records, and business activities separate from my personal affairs.

11. Her Tactical maintains a separate business checking account, a separate PayPal account (which is tied to the business checking account), and separate corporate books and records. All sales revenue is deposited into Her Tactical's business checking account. All business expenses are paid from Her Tactical's business checking account or PayPal account. I am

extremely careful to keep Her Tactical's finances separate from my personal finances and I do not commingle the two.

12. On a single occasion, a customer named Eleace Pierce asked to pay for a holster via Venmo at an in-person meeting because she was not ordering online. I accepted the payment through my personal Venmo account because, at that moment, that was the practical way to complete the transaction. I promptly transferred the funds into Her Tactical's business checking account so that the transaction would be reflected in the company's accounting system. That is the only instance I am aware of in which any sale of a Her Tactical product was processed through any account other than the company's. It was not, at any point, my intention to use my personal Venmo account as a sales channel for Her Tactical's products.

13. On a few occasions, a vehicle owned by The Blake and Tanya Cheal Family Living Trust (the "Trust") was used for incidental transportation of Her Tactical inventory, signage, and display equipment to and from in-person events that I was attending on behalf of Her Tactical. The Trust has never owned any interest in Her Tactical, received compensation from Her Tactical, received profit distributions from Her Tactical, or had any role in managing or operating Her Tactical. The vehicle was not held out as a Her Tactical asset and was not used as a regular operational asset of the business.

14. Since the magnetic-holster business began in 2021, I have maintained Her Tactical's corporate existence in good standing. I have filed required annual reports with the Utah Division of Corporations, filed required tax filings, kept books and records, executed contracts on Her Tactical's behalf, and operated the magnetic-holster business under Her

4

Tactical's registered name and trademarks. I have at all times treated Her Tactical as a separate legal entity from myself.

15. Before launching the Her Tactical business commercially, I conducted my own patent searches in the U.S. Patent and Trademark Office's public databases. I have a working familiarity with USPTO procedures, having previously prepared and filed a provisional patent application of my own. I conducted these searches because I wanted to ensure that my designs did not infringe any existing patents.

16. In August 2022, I received pre-suit demand correspondence from Plaintiff JM4 Tactical, LLC referencing only U.S. Patent No. 9,784,530 (the "'530 Patent"). Upon receiving JM4's correspondence, I promptly retained Michael R. Schramm of Schramm Patent Services, LLC, a qualified patent agent, to conduct a freedom-to-operate analysis of my Her Tactical products against the '530 Patent. Based on the analysis I received, I understood that the Her Tactical products did not infringe the '530 Patent, and I conveyed that position to JM4. I did not receive a substantive response from JM4 before JM4 filed this lawsuit.

17. I had no knowledge of U.S. Patent No. 11,747,109 (the "'109 Patent") prior to its issuance on September 5, 2023, which occurred after this litigation was already pending. The first time I personally became aware of the '109 Patent was in or about September 2023.

18. I have never intended to encourage any third party to infringe any of Plaintiffs' asserted patents or any other patent. I have never directed any third party to use, sell, manufacture, or import any product for the purpose of infringing any patent.

19. With the exception of the single Venmo transaction described in ¶ 12 above, every sale of a Her Tactical product has been processed through Her Tactical's business accounts and accounted for in Her Tactical's books. I have never sold any Her Tactical product in my personal capacity, as a personal merchant, outside the operations of Her Tactical.

20. I have always operated Her Tactical openly under its own brand name. I have never intended for Her Tactical's products to be confused with any of Plaintiffs' products and have not been informed of any actual confusion among customers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 06, 2026.

_Vicky Johnston_

_____

Vicky Arlene Johnston