Chad S. Pehrson (Utah Bar No. 12622) cpehrson@knh.law
Nathan Gardner (Utah Bar No. 19537) ngardner@knh.law

**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>Plaintiffs,<br><br>v.<br><br>E&R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, individually and as settlor and trustee of THE BLAKE AND TANYA CHEAL FAMILY LIVING TRUST,<br><br>Defendants. | **DECLARATION OF BLAKE CHEAL IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

I, Blake Cheal, hereby declare as follows:

1.  I have personal knowledge of the matters set forth in this Declaration. I am an engineer by profession. Since August 2020, I have been married to Vicky Arlene Johnston. References herein to "Her Tactical" refer collectively to E&R LLC, d/b/a HER TACTICAL, and HER TACTICAL, LLC.

2.  I am not, and have never been, an officer, member, manager, employee, or agent of Her Tactical. I have no employment relationship with Her Tactical. I have no decision-

1

making authority over Her Tactical's business. I am not a signatory on any of Her Tactical's bank or PayPal accounts. I am not authorized to bind Her Tactical by contract or otherwise act on its behalf.

3.  I do not own, and have never owned, any equity, membership interest, partnership interest, or other ownership interest in Her Tactical. I have no profit interest in Her Tactical. I have no distribution interest in Her Tactical.

4.  I have not received any salary, wages, sales commission, profit distribution, or other monetary compensation from Her Tactical. Her Tactical has not paid me a salary, wage, distribution, or commission for any work or service.

5.  I do not direct, control, or influence Her Tactical's business decisions. Just as I do not tell my wife what to do, I do not tell my wife's business what to do. Ms. Johnston runs Her Tactical; I have no operational role in the business.

6.  I have not personally made, designed, manufactured, imported, advertised, or distributed any Her Tactical product, and I have not sold any Her Tactical product on my own behalf or for my own account. On a limited number of occasions, I have volunteered to help my wife at trade shows and in-person events that Her Tactical was attending — for example, by helping staff her booth or assist customers. I did not receive compensation for that volunteer help. Any sales transactions during those events were processed through Her Tactical's payment system, the proceeds went to Her Tactical, and I did not retain any portion of any sale proceeds.

7.  I have not authored or posted any advertisement, marketing statement, public statement, or commercial communication about any Her Tactical product, or any holster of any

2

kind. I have not appeared in any of Her Tactical's marketing materials in an operational capacity. I have not directed or approved any of Her Tactical's marketing decisions.

8. I have not received any payment from any sale of a Her Tactical product. I have never received any sale proceeds via Ms. Johnston's personal Venmo or PayPal accounts, or by any other channel. In early 2022, before this lawsuit was filed, I allowed Ms. Johnston to use a personal credit card in my name to make purchases as Her Tactical was getting established. Ms. Johnston reimbursed me for those amounts in full by approximately early 2023. Since the filing of this lawsuit on September 19, 2022, I have not used a personal credit card or any other personal financial instrument to make any purchase on Her Tactical's behalf.

9. I had no knowledge of U.S. Patent No. 9,784,530 (the "'530 Patent") or any of Plaintiffs' four asserted Design Patents (U.S. Design Patent Nos. D788,451; D811,731; D836,329; and D841,979) before the filing of this lawsuit on September 19, 2022. I do not recall Ms. Johnston or anyone else identifying any specific JM4 Tactical patent to me before that date. I had no knowledge of U.S. Patent No. 11,747,109 (the "'109 Patent") prior to its issuance on September 5, 2023, which occurred after this litigation had already been filed.

10. I have not formed any belief as to whether any Her Tactical product infringes any of Plaintiffs' patents, any other patent, or any trade dress.

11. I have not directed, encouraged, or instructed any third party to use, sell, manufacture, import, or perform any other act with respect to any product for the purpose of infringing any patent or any trade dress.

3

12. I am the settlor and a trustee of The Blake and Tanya Cheal Family Living Trust (the "Trust"). The Trust was established for ordinary family estate-planning purposes. The Trust holds personal and family assets.

13. The Trust does not own, and has never owned, any equity, membership interest, or other ownership interest in Her Tactical. The Trust has no profit interest in Her Tactical. The Trust has no distribution interest in Her Tactical.

14. The Trust has not received any compensation, profit distribution, payment, or other financial benefit from Her Tactical.

15. The Trust has not managed, operated, or directed Her Tactical's business. The Trust has not had any role in Her Tactical's decision-making. The Trust does not employ any Her Tactical personnel, does not contract on Her Tactical's behalf, and does not hold any of Her Tactical's books or records.

16. On a small number of occasions, a vehicle owned by the Trust has been used to transport Her Tactical inventory, signage, and display equipment to and from trade shows and similar in-person events that my wife was attending on behalf of Her Tactical. The Trust-owned vehicle has not been used as a means of regular commercial delivery or shipment of Her Tactical products to customers. The vehicle was not held out as a Her Tactical asset. The Trust did not receive, request, or expect any compensation from Her Tactical for that occasional use of the vehicle. The vehicle is not a regular operational asset of Her Tactical.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

DATED: <u>05/07/2026</u>, 2026.

*Blake Cheal*

Blake Cheal