Chad S. Pehrson (Utah Bar No. 12622) cpehrson@knh.law
Nathan Gardner (Utah Bar No. 19537) ngardner@knh.law
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, <br><br> Plaintiffs, <br><br> v. <br><br> HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual; <br><br> Defendants. | **DEFENDANTS' JOINT NOTICE OF ERRATA REGARDING APPENDIX CITATIONS IN MOTIONS FOR SUMMARY JUDGMENT (DKTS. 152, 153, AND 155)** <br><br> Case No. 1:22-cv-00121-AMA-DBP <br><br> Judge Ann Marie McIff Allen <br><br> Magistrate Judge Dustin B. Pead |

Defendants Her Tactical, LLC, E & R LLC, d/b/a Her Tactical, Vicky Arlene Johnston, and Blake Cheal (individually and as settlor and trustee of The Blake and Tanya Cheal Family Living Trust) (collectively, "**Defendants**") respectfully file this Joint Notice of Errata to correct a series of clerical citation errors in their three concurrently filed Motions for Summary Judgment— ECF Nos. 152 (Her Tactical/E & R), 153 (Johnston), and 155 (Cheal). The corrections set forth herein are clerical only. They do not alter the substance, argument, or evidentiary support of any motion, and they do not change any document in the Joint Appendix of Evidence (Dkt. 157) or its pagination.

1

In finalizing the Joint Appendix of Evidence filed at Dkt. 157, an unused exhibit was removed from an earlier draft. The exhibits then in positions 14 through 20 of the draft shifted one position earlier to positions 13 through 19 in the final filed appendix. The three Motions for Summary Judgment were finalized against the pre-shift draft, and certain appendix tab citations therefore reference tab numbers that are one higher than the corresponding tabs in the filed appendix (Dkt. 157). All pin-cite references within each tab (e.g., page-and-line designations such as "at 89:20–22," and paragraph designations such as "¶ 11") remain accurate and apply equally to the corrected tab numbers.

The corrections are catalogued in three tables below, preceded by a master Shift Key that applies uniformly across all three motions. Appendix citations not affected by the tab-number shift and not specifically identified below are correct as written.

## I.  MASTER SHIFT KEY

The following table applies to all three Motions for Summary Judgment. Wherever any of the listed "As Written" tab numbers appears in Dkts. 152, 153, or 155, it should be read to refer to the corresponding "Corrected To" tab number in the Joint Appendix of Evidence (Dkt. 157):

| As Written | Corrected To | Identity of Exhibit in Dkt. 157 |
|---|---|---|
| App. Tab 14 | App. Tab 13 | Plaintiffs' Initial Infringement Contentions (Apr. 19, 2023) |
| App. Tab 15 | App. Tab 14 | Joint Submission of Claim Terms for Construction (Dkt. 132) |
| App. Tab 16 | App. Tab 15 | Minute Entry re Claim Construction Hearing (Dkt. 144) |
| App. Tab 17 | App. Tab 16 | Excerpts from Deposition of Vicky Arlene Johnston |

2

| As Written | Corrected To | Identity of Exhibit in Dkt. 157 |
|---|---|---|
| App. Tab 18 | App. Tab 17 | Declaration of Vicky Arlene Johnston |
| App. Tab 19 | App. Tab 18 | Declaration of Blake Cheal |
| App. Tab 20 | App. Tab 19 | Defendants' Final Non-Infringement Contentions (June 27, 2025) |

## II.  CORRECTIONS TO DKT. 152
### (HER TACTICAL, LLC AND E & R LLC's MOTION FOR SUMMARY JUDGMENT)

On the pages identified below in Dkt. 152, the citations as written in the left column should be read as the corrected citations in the right column. All other appendix citations in Dkt. 152 are correct as written.

| Page | Citation(s) as Written | Corrected Citation(s) |
|---|---|---|
| 3 | Tab 16 | Tab 15 |
| 11 | Tab 14, Tab 15, Tab 16 | Tab 13, Tab 14, Tab 15 |
| 12 | Tab 18 | Tab 17 |
| 14 | Tab 16, Tab 20 | Tab 15, Tab 19 |
| 15 | Tab 16 | Tab 15 |
| 17 | Tab 15, Tab 16 | Tab 14, Tab 15 |

## III.  CORRECTIONS TO DKT. 153
### (DEFENDANT JOHNSTON'S MOTION FOR SUMMARY JUDGMENT)

On the pages identified below in Dkt. 153, the citations as written in the left column should be read as the corrected citations in the right column. All other appendix citations in Dkt. 153 are correct as written.

3

| Page | Citation(s) as Written | Corrected Citation(s) |
|------|------------------------|----------------------|
| 2 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 7 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 8 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 9 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 10 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 11 | Tab 16, Tab 17, Tab 18, Tab 20 | Tab 15, Tab 16, Tab 17, Tab 19 |
| 14 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 16 | Tab 17 | Tab 16 |
| 17 | Tab 18 | Tab 17 |
| 19 | Tab 18 | Tab 17 |
| 20 | Tab 17 | Tab 16 |
| 21 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 22 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 23 | Tab 18 | Tab 17 |

## IV.  CORRECTIONS TO DKT. 155
## (DEFENDANT CHEAL'S MOTION FOR SUMMARY JUDGMENT)

On the pages identified below in Dkt. 155, the citations as written in the left column should be read as the corrected citations in the right column. All other appendix citations in Dkt. 155 are correct as written.

| Page | Citation(s) as Written | Corrected Citation(s) |
|------|------------------------|----------------------|
| 1 | Tab 19 | Tab 18 |
| 3 | Tab 17, Tab 18, Tab 19 | Tab 16, Tab 17, Tab 18 |
| 4 | Tab 17, Tab 19 | Tab 16, Tab 18 |
| 5 | Tab 17, Tab 18, Tab 19 | Tab 16, Tab 17, Tab 18 |
| 6 | Tab 17, Tab 18, Tab 19 | Tab 16, Tab 17, Tab 18 |

| Page | Citation(s) as Written | Corrected Citation(s) |
|------|------------------------|-----------------------|
| 7 | Tab 16, Tab 18, Tab 19 | Tab 15, Tab 17, Tab 18 |
| 9 | Tab 19 | Tab 18 |
| 10 | Tab 19 | Tab 18 |
| 13 | Tab 17, Tab 18 | Tab 16, Tab 17 |
| 14 | Tab 19 | Tab 18 |

## V.  CONCLUSION

Defendants respectfully request that the Court consider Defendants' Motions for Summary Judgment (Dkts. 152, 153, and 155) with the corrected appendix citations set forth above.

DATED this 11th day of May 2026.

Respectfully submitted,

**KNH LLP**

*/s/ Chad S. Pehrson*
Chad S. Pehrson
Nathan Gardner
*Attorneys for Defendants*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May 2026, I caused a true and correct copy of the foregoing **DEFENDANTS' JOINT NOTICE OF ERRATA REGARDING APPENDIX CITATIONS IN MOTIONS FOR SUMMARY JUDGMENT (DKTS. 152, 153, AND 155)** to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/Chad S. Pehrson*