Brandon James Leavitt, Tx Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055 | brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200, Irvine, CA 92618
(801) 916-8723 | jsmith@mks-law.com

**ATTORNEYS FOR PLAINTIFFS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>    Plaintiffs,<br><br>*v.*<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual,<br><br>    Defendants. | **PLAINTIFFS' SUPPLEMENTAL APPENDIX OF EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DKTS. 152, 153, 155)**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

### COVER-PAGE INDEX OF EXHIBITS (DUCivR 56-1(E))

Pursuant to DUCivR 56-1(e), Plaintiffs submit this Supplemental Appendix of Evidence in support of their consolidated opposition. To avoid duplication, evidence already in the record—including the depositions of Vicky Arlene Johnston, Grant Cavalli, and James Chadwick Myers, Defendants' written discovery responses, and Deposition Exhibit 24 (JM4HT-0853 text and JM4HT-0862 video)—is cited to the previously filed appendices (Plaintiffs' Appendix, ECF 151; Defendants' Joint Appendix, ECF 157) and is not reproduced here. See DUCivR 56-1(e)(1).

| Tab | Description / Title | Source |
|---|---|---|
| 18 | Plaintiffs' Investigator — relevant excerpts: Dec. 21, 2022 purchase of accused holster via Ms. Johnston's personal Venmo, with home pickup and | Plaintiffs' private investigator (excerpts of |

| Tab | Description / Title | Source |
|---|---|---|
|  | "husband would be" there (JM4HT-0834); Mr. Cheal assisting a self-defense class in a Her Tactical shirt (JM4HT-0843–0848); residence-purchase report/screenshots, booth setup, and gun-show observations (JM4HT-0850–0857). | JM4HT-0834–0861). |
| 19 | Native video JM4HT-0862 (purchase of accused holster from Blake Cheal out of the truck), filed nonelectronically by Notice of Nonelectronic Filing (labeled digital storage device delivered to the Clerk's Office); video transcribed at Pls' App., ECF 151, Ex. 1 (Johnston Dep.) 165:1–167:3 & Dep. Ex. 24. Accompanying still images at JM4HT-0863–0868 document Mr. Cheal's participation at the women's self-defense class, the residence purchase, the gun show, and booth setup. | Plaintiffs' private investigator (JM4HT-0862–0868). |
| 20 | Surveillance photographs (Mar. 24, 2023) of the truck loaded with Her Tactical inventory/materials (JM4HT-0944–0946). | Plaintiffs' private investigator (excerpts of JM4HT-0944–0966). |
| 21 | Use of the truck to transport Her Tactical materials to the Crossroads Gun Show, Ogden (JM4HT-1152–1156). | Plaintiffs' private investigator (excerpts of JM4HT-1144–1165). |
| 22 | Surveillance — use of the truck to transport Her Tactical materials to an event (JM4HT-1184). | Plaintiffs' private investigator (excerpt of JM4HT-1179–1185). |
| 23 | Her Tactical website revision log — "About Us"/"Our Story" edit (10/30/22) deleting "We are a family owned business … My husband and I (Vicky) started Her Tactical." HT_SITE_REVISIONS_0038. | Defendants' production (HT_SITE_REVISIONS). |
| 24 | Her Tactical website revision log — removal of the couple photograph "BlakeVicky.jpg" (12/10/22). HT_SITE_REVISIONS_0608. | Defendants' production (HT_SITE_REVISIONS). |

**Native-file notice.** Tab 19 references native video file JM4HT-0862, which cannot be filed electronically in CM/ECF. Per the District of Utah ECF Procedures Manual §§ III.C.4.c and III.E and DUCivR 7-5(c)(2), Plaintiffs are filing that native video by a separately filed Notice of Nonelectronic Filing and delivering it to the Clerk's Office on a clearly labeled digital storage device (two copies, one marked "Judge's Copy"). The PDF behind Tab 19 provides representative still images and identifying information for the Court's convenience; the video content is transcribed in the Johnston deposition. Pls' App., ECF 151, Ex. 1, 165:1–167:3.

*Complete copies of the Tab 18–24 exhibits (trimmed to the relevant pages) follow this index in the accompanying "Plaintiffs Supplemental Appendix" folder.*

Respectfully submitted,

DATED this _____ day of May, 2026.

/Brandon J. Leavitt/
**Brandon James Leavitt**
Texas Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
Local Counsel for Plaintiffs

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

/Brandon J. Leavitt/
Brandon James Leavitt