# Pls' Supp. MSJ App. — Tab 18

Investigation Reports — Dec. 21, 2022 Residence Purchase via Personal Venmo; Mr. Cheal Assisting at the Class, Booth, and Gun Show (JM4HT-0834–0857)

JM4HT-0834

220926_ISDA_Atty_James Myers_Vicky Johnston
Investigation timeline

Patent Infringement case involving the Subject(Vicky Johnston)

21 Dec 22 – Wednesday

1700 – This Investigator contacted Vicky Johnston, via Venmo, to request to buy another Magnetic Holster from her.

1710 – Vicky replied and asked what color and size, as attached.

1715 – This Investigator provided the details and asked if the holster could be picked up at 2000 hours that night after work.

1733 – Vicky stated that would be fine and that the holster could be picked up from her home in pleasant view.  If she wasn't home, her husband would be.  Vicky provided her phone number(801-882-9102).

1737 – This Investigator contacted Vicky, via text, requesting Vicky's address.

1738 – Vicky provided her home address located at 3288 N 1250 W in Pleasant View, UT  84414.

1739 – This Investigator asked how much the holster was and Vicky stated it was twenty-four($24) dollars.

1949 – This Investigator stated they were just leaving work and on the way.

1953 – A screenshot of the Venmo payment was sent to Vicky, via text.

2021 – Vicky said thank you and have a wonderful holiday season, as attached.

0.0 travel miles
0.0 surveillance miles



JM4HT-0843

2:55 / 5:19

Scroll for details

Case 1:22-cv-00121-AMA-DBP   Document 160-2   Filed 05/22/26   PageID.3923   Page 3 of 16







JM4HT-0850

220926_ISDA_Atty_James Myers_Vicky Johnston
Investigation timeline

Patent Infringement case involving the Subject(Vicky Johnston)

21 Dec 22 – Wednesday
   1949 – This Investigator departed the office to obtain a magnetic holster from Vicky Johnson in Pleasant View, UT.
   2006 – This Investigator arrived a Vicky Johnson's residence located at 3288 N 1250 W in Pleasant View, UT  84414.  A drive-by video was obtained and stationary surveillance was established.
   2007 – This Investigator walked up to the front door, rang the doorbell, and an unidentified teenage male answered the door.  He handed this Investigator the magnetic holster in a Minky Couture bag.  Video was obtained.
   2008 – A photograph of the residence and a drive-by was obtained and this Investigator departed the area.


2.8 travel miles
0.0 surveillance miles

JM4HT-0851

220926_ISDA_Atty_James Myers_Vicky Johnston
Investigation timeline

Patent Infringement case involving the Subjects(Vicky Johnston and Blake).

25 Mar 23 – Saturday

0650 – This Investigator departed the office to conduct an investigation and surveillance on the Subjects(Vicky Johnston and Blake) in Layton, UT.

0742 – This Investigator arrived at the Davis Conference Center located at 1651 N 700 W in Layton, UT  84041.  Upon arrival, vehicles were in the parking lot, but Vicky was not observed.  A video scan of the area was obtained and stationary surveillance was established.

0803 – More vehicles entered the parking lot.  A video scan of the area was obtained and stationary surveillance was maintained.

0805 – This Investigator entered the Conference Center.

0818 – Vicky and Blake(her husband) were observed at their designated table.  Vicky wore a black and pink sweater and Blake wore a black hat, black long sleeve T-shirt, and a dark blue vest.  Blake was observed arranging items from underneath their table to the side and Vicky walked away from their table.  Video was obtained.

0823 – The Conference Center doors were closed and surveillance was re-located.  A photograph of the doors was obtained.

0831 – Vicky and Blake set up the HER TACTICAL banner.  A walk-by video was obtained.

0833 – Vicky and Blake set up their mannequin with its accessories.  A walk-by video was obtained.

0835 – Vicky and Blake continued to set up their table.  Blake moved items from underneath their table to the top of the table.  Vicky handed Blake items and he placed them on the mannequin.  Video was obtained.

0855 – Blake exited the Conference Center.

0903 – The Conference Center was getting crowded.  A video scan of the area was obtained and foot surveillance was maintained.

0931 – This Investigator purchased a Pink Magnetic right hand compact size holster.  Purchased was made with a debit card per client's request.  Video obtained.

1001 – Surveillance was terminated as video of Blake and purchase of the magnetic holster were obtained.  A walk-by video of the area was obtained and this Investigator departed the area.

1115 – Two(2) photographs of the magnetic holster were obtained.

63.1 travel miles
0.0 surveillance miles

JM4HT-0852

## Story

 Be the first one to like this.

**Eleace Bartels**
12/21/22
Hey! I bought this from ya forever ago and I was hoping I could buy one more for my sister for Xmas!

 **Vicky Johnston**
12/21/22
Yes, what color and size? Is it the Magnetic one?

 **Eleace Bartels**
12/21/22
Yes! I'd love the pink compact if u have one! I'm off work at like 8 pm tonight. Can I come get it then? Thanks so so much!

 **Vicky Johnston**
12/21/22
That works. I'm not at my office this week but I live in pleasant view of you can collect it there. If I'm not home my husband will be. Text me and I'll send you my details 801-882-9102

 Leave a comment...          Send

            

IM4HT-0853

< **Story**

♡ Be the first one to like this.



**Eleace Bartels**
12/21/22
Hey! I bought this from ya forever ago and I was hoping I could buy one more for my sister for Xmas!



**Vicky Johnston**
12/21/22
Yes, what color and size? Is it the Magnetic one?



**Eleace Bartels**
12/21/22
Yes! I'd love the pink compact if u have one! I'm off work at like 8 pm tonight. Can I come get it then? Thanks so so much!



**Vicky Johnston**
12/21/22
That works. I'm not at my office this week but I live in pleasant view of you can collect it there. If I'm not home my husband will be. Text me and I'll send you my details 801-882-9102

☺ |Leave a comment...                    Send

 |||      ◯      <     𝕏

JM4HT-0854

220926_ISDA_Atty_James Myers_Vicky Johnston
Investigation timleine

Patent case involving the Subject(Vicky Johnston)

01 Oct 22 – Saturday

1023 – This Investigator departed to office to obtain evidence of Vicky Johnston selling holsters in Ogden, UT.

1029 – This Investigator arrived at the Weber County Shooting Complex located at 2446 Rulon White Boulevard in Ogden, UT  84404.  Upon arrival, Vicky did not appear to be present.  A drive-by video was obtained.

1034 – This Investigator canvassed the area, but Vickie was not located.

1035 – A drive-by video was obtained and this Investigator departed the area.

1118 – This Investigator departed to office to obtain evidence of Vicky selling holsters in Ogden, UT.

1124 – This Investigator arrived at the Weber County Shooting Complex located at 2446 Rulon White Boulevard in Ogden, UT  84404.  Upon arrival, the HER Tactical class was being directed to the side of the building.  A drive-by video was obtained.

1127 – This Investigator walked over to the sign-up desk.  T-shirts were on display.  This Investigator asked Vicky was selling any of her holsters.  Vicky stated she would be later on after the class, but her husband could sell one now.  This Investigator was shown the holsters and a purple compact holster was purchased with Venmo.  A video was obtained and this Investigator departed the area.

1131- A screenshot of the Venmo receipt was obtained, as attached.

1815 – This Investigator departed to office to obtain evidence of Vicky selling holsters in Ogden, UT.

1825 – This Investigator arrived at the Weber County Shooting Complex located at 2446 Rulon White Boulevard in Ogden, UT  84404.  Upon arrival, the gate was closed. A video was obtained.

1827 – This Investigator called the Weber County Shooting Complex but there was no answer, as attached.  A photograph and a drive-by video were obtained and this Investigator departed the area.

16.1 travel miles





