**Pls' Supp. MSJ App. — Tab 19**

Purchase of Accused Holster from Blake Cheal at the Truck — Native Video
JM4HT-0862 (Filed Nonelectronically) and Still Images JM4HT-0863–0868

# JM4HT-0862

# NATIVE FILE

# Purchase made from Blake Cheal from truck_Video 10_1_23 Self Defense Class

JM4HT-0862

# JM4HT-0863

# NATIVE FILE

# Her Tactical Self Defense Class 10_1_22 Full Video

JM4HT-0863

# JM4HT-0864

# NATIVE FILE

# PI (a) Residence owned by Blake Cheal Private Investigator Arrival 12_21_22

JM4HT-0864

# JM4HT-0865

# NATIVE FILE

# PI (b)Residence owned by Blake Cheal Holster Purchase 12_21_22

JM4HT-0865

# JM4HT-0866

# NATIVE FILE

# PI (c) Residence owned by Blake Cheal Private Investigator Depart 12_21_22

JM4HT-0866

# JM4HT-0867

# NATIVE FILE

# Rocky Mountain Gun Show 3_11_23 Full Video

JM4HT-0867

# JM4HT-0868

# NATIVE FILE

# PI 3_25_23 Gun Show (c) Blake Cheal setting up

JM4HT-0868