# Pls' Supp. MSJ App. — Tab 20

Surveillance — Truck Loaded with Her Tactical Materials (Mar. 24, 2023)

(JM4HT-0944–0946)



