# Pls' Supp. MSJ App. — Tab 21

Use of the Truck to Transport Her Tactical Materials — Crossroads Gun Show, Ogden

(JM4HT-1152–1156)

JM4HT-1152

# JM4HT-1152

# NATIVE FILE

# PI 3_24_23 Gun Show (1)

JM4HT-1153

# JM4HT-1153

# NATIVE FILE

# PI 3_24_23 Gun Show (2)

JM4HT-1154

# JM4HT-1154

# NATIVE FILE

# PI 3_24_23 Gun Show (3)

JM4HT-1155

# JM4HT-1155

# NATIVE FILE

# PI 3_24_23 Gun Show (4)

JM4HT-1156

# JM4HT-1156

# NATIVE FILE

# PI 3_24_23 Gun Show (5)