# Pls' Supp. MSJ App. — Tab 22

Surveillance — Use of the Truck to Transport Her Tactical Materials to an Event

(JM4HT-1184)

220926_ISDA_Atty_James Myers_Vicky Johnston
Investigation timeline

Patent Infringement case involving the Subject(Vicky Johnston and Blake).

24 Mar 23 - Friday
   0730 – This Investigator departed the office to conduct an investigation and surveillance on the Subject(Vicky Johnston and Blake) in Layton, UT.
   0857 – This Investigator arrived at the Davis Conference Center located at 1651 N 700 W in Layton, UT  84041.  Upon arrival, the Conference Center was almost empty.  A video scan of the area was obtained and stationary surveillance was established.
   0931 – Few vehicles arrived.  Video was obtained.
   0932 – This Investigator entered the Conference Center.
   0956 – Tables were being set up in the Conference Center.  A video scan of the area was obtained.
   1045 – A walk-by video of the parking lot was obtained.
   1103 – Few vendors arrived and began to set up their tables.  A walk-by video of the area was obtained.
   1208 – This Investigator departed the area, per the client's request, as Vicky was not present yet and to return later to video set-up of the booth.  A walk-by video of the area was obtained.

   1350 – This Investigator departed the field office to resume surveillance at the Conference Center in Layton, UT.
   1405 – This Investigator arrived at the Davis Conference Center.  Upon arrival, Vicky and an unidentified male were observed in the parking lot unloading boxes from a pickup.  Stationary surveillance was established.
   1409 – Vicky and an unidentified male unloaded merchandise from the pickup and moved it inside the Conference Center.  Video was obtained.
   1414 – Two(2) photographs of Vicky and the unidentified male unloading boxes from the pickup were obtained.
   1415 – Vicky and the unidentified male continued to unload boxes from the pickup and moved them inside the Conference Center.  A video and a photograph were obtained.
   1417 – Vicky and the unidentified male unloaded more boxes.  Video was obtained.
   1432 – Vicky, the unidentified male, and an unidentified female were at their table setting up.  A walk-by video was obtained.
   1502 – Surveillance was terminated due to Vicky's husband(Blake) not being present and all merchandise was unloaded and moved inside the Conference Center.  Video was obtained and this Investigator departed the area.

63.1 travel miles
0.0 surveillance miles