**Pls' Supp. MSJ App. — Tab 23**

Her Tactical Website Revision — "About Us" Edit Removing the "Family-Owned / My Husband and I Started Her Tactical" Language (HT_SITE_REVISIONS_0038)

**Removed**

```
module_alignment="right" custom_margin="||-50px||false|false"
custom_padding="||0px||false|false" header_2_font_size_tablet="40px"
header_2_font_size_phone="30px" header_2_font_size_last_edited="on|phone"
header_2_letter_spacing_tablet="10px" header_2_letter_spacing_phone="5px"
header_2_letter_spacing_last_edited="on|tablet" locked="off" global_colors_info="{}"
text_font_size__hover="14px" text_font_size__hover_enabled="14px"
text_letter_spacing__hover="0px" text_letter_spacing__hover_enabled="0px"
text_line_height__hover="1.7em" text_line_height__hover_enabled="1.7em"
text_text_shadow_style__hover="none" text_text_shadow_style__hover_enabled="none"
text_text_shadow_color__hover="rgba(0,0,0,0.4)"
text_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" link_font_size__hover="14px"
link_font_size__hover_enabled="14px" link_letter_spacing__hover="0px"
link_letter_spacing__hover_enabled="0px" link_line_height__hover="1em"
link_line_height__hover_enabled="1em" link_text_shadow_style__hover="none"
link_text_shadow_style__hover_enabled="none"
link_text_shadow_color__hover="rgba(0,0,0,0.4)"
link_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" ul_font_size__hover="14px"
ul_font_size__hover_enabled="14px" ul_letter_spacing__hover="0px"
ul_letter_spacing__hover_enabled="0px" ul_line_height__hover="1em"
ul_line_height__hover_enabled="1em" ul_text_shadow_style__hover="none"
ul_text_shadow_style__hover_enabled="none"
ul_text_shadow_color__hover="rgba(0,0,0,0.4)"
ul_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" ol_font_size__hover="14px"
ol_font_size__hover_enabled="14px" ol_letter_spacing__hover="0px"
ol_letter_spacing__hover_enabled="0px" ol_line_height__hover="1em"
ol_line_height__hover_enabled="1em" ol_text_shadow_style__hover="none"
ol_text_shadow_style__hover_enabled="none"
ol_text_shadow_color__hover="rgba(0,0,0,0.4)"
ol_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" quote_font_size__hover="14px"
quote_font_size__hover_enabled="14px" quote_letter_spacing__hover="0px"
quote_letter_spacing__hover_enabled="0px" quote_line_height__hover="1em"
quote_line_height__hover_enabled="1em" quote_text_shadow_style__hover="none"
quote_text_shadow_style__hover_enabled="none"
quote_text_shadow_color__hover="rgba(0,0,0,0.4)"
quote_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" text_orientation__hover="left"
text_orientation__hover_enabled="left" background_layout__hover="light"
background_layout__hover_enabled="light"]<h2>Our Story</h2>
```

Deleted: <p>We are a family owned business based in Utah. My husband and I (Vicky)
started Her Tactical with the hope of empowering women to become educated and feel
confident with carrying a concealed firearm or weapon for self-defense. Helping women
learn effective tactical moves for self-defense and providing tactical gear for
concealed carry solutions is our main focus. As women are becoming more aware of their
surroundings and the events and turmoil that are occurring today they see a need to
protect themselves and their families in a responsible way.</p>

Unchanged: <p>2020 and 2021 were unprecedented years for gun sales among first time gun
owners and women. Like a lot of women I want the freedom to live a full and active life
without the worry of losing it to a predator. I don't have the strength of a man and I

HT_SITE_REVISIONS_0038