**Pls' Supp. MSJ App. — Tab 24**

Her Tactical Website Revision — Removal of the Couple Photograph "BlakeVicky.jpg"

(HT_SITE_REVISIONS_0608)

**Removed**                                                                                                                    **Added**

```
ol_letter_spacing__hover_enabled="0px" ol_line_height__hover="1em"
ol_line_height__hover_enabled="1em" ol_text_shadow_style__hover="none"
ol_text_shadow_style__hover_enabled="none"
ol_text_shadow_color__hover="rgba(0,0,0,0.4)"
ol_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" quote_font_size__hover="14px"
quote_font_size__hover_enabled="14px" quote_letter_spacing__hover="0px"
quote_letter_spacing__hover_enabled="0px" quote_line_height__hover="1em"
quote_line_height__hover_enabled="1em" quote_text_shadow_style__hover="none"
quote_text_shadow_style__hover_enabled="none"
quote_text_shadow_color__hover="rgba(0,0,0,0.4)"
quote_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" text_orientation__hover="left"
text_orientation__hover_enabled="left" background_layout__hover="light"
background_layout__hover_enabled="light" sticky_enabled="0"]<h2>Vicky's Story</h2>
```

```
ol_letter_spacing__hover_enabled="0px" ol_line_height__hover="1em"
ol_line_height__hover_enabled="1em" ol_text_shadow_style__hover="none"
ol_text_shadow_style__hover_enabled="none"
ol_text_shadow_color__hover="rgba(0,0,0,0.4)"
ol_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" quote_font_size__hover="14px"
quote_font_size__hover_enabled="14px" quote_letter_spacing__hover="0px"
quote_letter_spacing__hover_enabled="0px" quote_line_height__hover="1em"
quote_line_height__hover_enabled="1em" quote_text_shadow_style__hover="none"
quote_text_shadow_style__hover_enabled="none"
quote_text_shadow_color__hover="rgba(0,0,0,0.4)"
quote_text_shadow_color__hover_enabled="rgba(0,0,0,0.4)" text_orientation__hover="left"
text_orientation__hover_enabled="left" background_layout__hover="light"
background_layout__hover_enabled="light"]<h2>Vicky's Story</h2>
```

Unchanged: <p>Vicky started Her Tactical with the hope of empowering women to become educated and feel confident with carrying a concealed firearm or weapon for self-defense. Helping women learn effective tactical moves for self-defense and providing tactical gear for concealed carry solutions is our main focus. As women are becoming more aware of their surroundings and the events and turmoil that are occurring today they see a need to protect themselves and their families in a responsible way.</p>

Unchanged: <p>Vicky started Her Tactical with the hope of empowering women to become educated and feel confident with carrying a concealed firearm or weapon for self-defense. Helping women learn effective tactical moves for self-defense and providing tactical gear for concealed carry solutions is our main focus. As women are becoming more aware of their surroundings and the events and turmoil that are occurring today they see a need to protect themselves and their families in a responsible way.</p>

Unchanged: <p>2020 and 2021 were unprecedented years for gun sales among first time gun owners and women. Like a lot of women I want the freedom to live a full and active life without the worry of losing it to a predator. I don't have the strength of a man and I don't necessarily want to draw attention to myself when wearing a firearm.  I have the support of a wonderful husband but he can't be my body guard every minute of every day. I have 5 children under my wings and their safety is my top priority.</p>

Unchanged: <p>2020 and 2021 were unprecedented years for gun sales among first time gun owners and women. Like a lot of women I want the freedom to live a full and active life without the worry of losing it to a predator. I don't have the strength of a man and I don't necessarily want to draw attention to myself when wearing a firearm.  I have the support of a wonderful husband but he can't be my body guard every minute of every day. I have 5 children under my wings and their safety is my top priority.</p>

Deleted: <p> </p>[/et_pb_text][/et_pb_column][et_pb_column type="1_2" _builder_version="4.16" custom_padding="100px|||" custom_padding_tablet="||" custom_padding_phone="" custom_padding_last_edited="on|tablet" global_colors_info="{}" padding_tablet="||" padding_last_edited="on|tablet" custom_padding__hover="|||" padding_phone="||"][et_pb_image src="https://hertactical.com/wp-content/uploads/2021/09/BlakeVicky.jpg" title_text="BlakeVicky" _builder_version="4.16" _module_preset="default" global_colors_info="{}"][/et_pb_image][/et_pb_column][/et_pb_row][et_pb_row _builder_version="4.16" _module_preset="default" global_colors_info="{}"][et_pb_column type="4_4" _builder_version="4.16" _module_preset="default" global_colors_info="{}"][et_pb_text _builder_version="4.17.4" _module_preset="default" text_font_size="17px" text_line_height="2em" custom_margin="-20px|||||false|false" global_colors_info="{}"]<p>Her Tactical is more than just offering conceal carry solutions for women but to also offer hands on education through our partners. We promote organizations that teach how to be on guard and ready should the need arise to protect you and your loved ones. Please visit our Partners page to see a list of resources.</p>

Added: <p> </p>[/et_pb_text][/et_pb_column][et_pb_column type="1_2" _builder_version="4.16" custom_padding="100px|||" custom_padding_tablet="||" custom_padding_phone="" custom_padding_last_edited="on|tablet" global_colors_info="{}" padding_tablet="||" padding_last_edited="on|tablet" custom_padding__hover="|||" padding_phone="||"][et_pb_image src="https://hertactical.com/wp-content/uploads/2022/12/20220912_095728.jpg" title_text="20220912_095728" _builder_version="4.19.2" _module_preset="default" hover_enabled="0" global_colors_info="{}" sticky_enabled="0"][/et_pb_image][/et_pb_column][/et_pb_row][et_pb_row _builder_version="4.16" _module_preset="default" global_colors_info="{}"][et_pb_column type="4_4" _builder_version="4.16" _module_preset="default" global_colors_info="{}"][et_pb_text _builder_version="4.17.4" _module_preset="default" text_font_size="17px" text_line_height="2em" custom_margin="-20px|||||false|false" global_colors_info="{}"]<p>Her Tactical is more than just offering conceal carry solutions for women but to also offer hands on education through our partners. We promote organizations that teach how to be on guard and ready should the need arise to protect you and your loved ones. Please visit our Partners page to see a list of resources.</p>

Unchanged: <p>When I was young growing up my mother was in an abusive relationship. I remember being strangled and pinned down to the ground. I could feel something happening to my body, like this built up pressure and it was paralyzing. After much pleading from my mother saying "you're killing her" he let go but it took a while to recover. I knew my mother was scared and did not know how to defend her or us and we spent time in a women's refuge house to hide. It's times like these when you feel entirely helpless. I don't ever want to feel that helplessness again. I know that

Unchanged: <p>When I was young growing up my mother was in an abusive relationship. I remember being strangled and pinned down to the ground. I could feel something happening to my body, like this built up pressure and it was paralyzing. After much pleading from my mother saying "you're killing her" he let go but it took a while to recover. I knew my mother was scared and did not know how to defend her or us and we spent time in a women's refuge house to hide. It's times like these when you feel entirely helpless. I don't ever want to feel that helplessness again. I know that