Brandon James Leavitt, Tx Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055 | brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200, Irvine, CA 92618
(801) 916-8723 | jsmith@mks-law.com

**ATTORNEYS FOR PLAINTIFFS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS, <br><br>     Plaintiffs, <br><br> *v.* <br><br> HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual, <br><br>     Defendants. | **PLAINTIFFS' RULE 56(d) MOTION TO DEFER OR DENY, OR FOR LIMITED DISCOVERY, AS TO THE NEW MATTER IN DEFENDANTS' LATE-FILED DECLARATIONS** <br> Case No. 1:22-cv-00121-AMA-DBP <br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Dustin B. Pead |

#### PLAINTIFFS' RULE 56(D) MOTION

#### RELIEF REQUESTED AND GROUNDS

Plaintiffs respectfully move under Federal Rule of Civil Procedure 56(d) for an order deferring consideration of, or denying, Defendants' Motions for Summary Judgment (Dkts. 152, 153, and 155) to the extent they rely on new factual matter first disclosed in the declarations of Vicky Arlene Johnston and Blake Cheal (Dkt. 154; Dkt. 157, Tabs 17 & 18), executed May 6–7, 2026, after the close of fact discovery. In the alternative, Plaintiffs request leave to take limited discovery into that new matter. Plaintiffs filed their consolidated opposition to those motions on May 22, 2026 (Dkt. 160), and bring this related motion contemporaneously. This Motion is filed

separately from that opposition as required by DUCivR 7-1(a)(3) and incorporates by reference the facts and argument in it. The grounds are set out in the accompanying Declaration of Brandon J. Leavitt, filed herewith as Exhibit A.

## ARGUMENT

Rule 56(d) permits the Court to defer or deny summary judgment, or to allow time for discovery, where the nonmovant shows by declaration that, for specified reasons, it cannot present facts essential to its opposition. Here, the late declarations inject material facts never tested in discovery—the functioning status and asset-ownership of the Cheal Family Living Trust, the ownership of the vehicle, Mr. Cheal's personal credit-card financing and its purported reimbursement, and the circumstances of the investigator transactions. Fact discovery closed August 22, 2025, Dkt. 129; the only reopening was for "Defendants' updated sales records," Dkt. 148 ¶ 2.1; Dkt. 149. And Plaintiffs elected not to depose Mr. Cheal in reliance on his sworn supplemental responses that the Trust was defunct and that he—not the Trust—owns and operates the truck, and on counsel's oral stipulation that his deposition was unnecessary as to the Trust's involvement; his declaration now reverses those representations. Pls' App., ECF 151, Ex. 8.

If the Court is inclined to consider the new declaration facts rather than disregard them as untimely under Rule 26(e) and 37(c)(1), Rule 56(d) supplies the appropriate middle path: defer or deny, or permit the limited discovery identified in the Leavitt Declaration, so the motions are not decided on an untested paper record built from post-cutoff declarations.

## CONCLUSION

Plaintiffs request that the Court defer or deny Defendants' motions as to the new declaration matter, or, alternatively, grant the limited Rule 56(d) discovery described in the accompanying declaration.

Respectfully submitted,

DATED this 23rd day of May, 2026.

/Brandon J. Leavitt/
**Brandon James Leavitt**
Texas Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
Local Counsel for Plaintiffs

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

/Brandon J. Leavitt/
Brandon James Leavitt