## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>    Plaintiffs,<br><br>*v.*<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual,<br><br>    Defendants. | **ORDER**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

### ORDER

Before the Court is Plaintiffs' Rule 56(d) Motion to Defer or Deny, or for Limited Discovery, as to the New Matter in Defendants' Late-Filed Declarations (Dkt. ___), and the supporting Declaration of Brandon J. Leavitt. Having considered the Motion, the Declaration, and the record, and good cause appearing, the Court ORDERS as follows:

1.  Plaintiffs' Rule 56(d) Motion is GRANTED.

2.  Consideration of Defendants' Motions for Summary Judgment (Dkts. 152, 153, and 155) is DEFERRED, to the extent those motions rely on the new matter first asserted in the declarations of Vicky Arlene Johnston and Blake Cheal (Dkt. 154; Dkt. 157, Tabs 17–18), pending the limited discovery set forth below; in the alternative, summary judgment is DENIED as to that matter.

3.  Plaintiffs are GRANTED leave to take a limited deposition of Defendant Blake Cheal and targeted document discovery regarding the matters identified in the Leavitt Declaration, to be completed within 30 days of the date of this Order.

4.  Plaintiffs may file a supplemental response to Defendants' Motions for Summary Judgment within 14 days after the close of that limited discovery.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Ann Marie McIff Allen
United States District Judge