Brandon James Leavitt, Tx Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055 | brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
9891 Irvine Center Dr., Ste. 200, Irvine, CA 92618
(801) 916-8723 | jsmith@mks-law.com

**ATTORNEYS FOR PLAINTIFFS**

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 25 2026

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JM4 TACTICAL, LLC; and JAMES CHADWICK MYERS,<br><br>    Plaintiffs,<br><br>v.<br><br>HER TACTICAL, LLC; E & R LLC, d/b/a HER TACTICAL; VICKY ARLENE JOHNSTON, an individual; and BLAKE CHEAL, an individual,<br>    Defendants. | **PLAINTIFFS' NOTICE OF NONELECTRONIC FILING (NATIVE VIDEO FILE)**<br><br>Case No. 1:22-cv-00121-AMA-DBP<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Dustin B. Pead |

### NOTICE OF NONELECTRONIC FILING

1.      Pursuant to the District of Utah ECF Procedures Manual §§ III.C.4.c and III.E and DUCivR 7-5(c)(2), Plaintiffs give notice that the following exhibit cannot be filed electronically in CM/ECF because it is a native video file and is being filed nonelectronically:

**Exhibit:** JM4HT-0862 — native video recording of the purchase of an accused "Her Tactical" holster from Defendant Blake Cheal out of the truck. This exhibit is identified as Tab 19 of Plaintiffs' Supplemental Appendix of Evidence (Dkt. 160-3) and is cited in Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment (Dkt.

Plaintiffs' Notice of Nonelectronic Filing                                                      Page 1 of 3

160). This Notice is electronically filed and linked to Docket No. 160, the entry to which the exhibit relates. See ECF Procedures Manual § III.C.4.c.i.

2.    The native video cannot be embedded in a PDF for CM/ECF filing. See ECF Procedures Manual § II.A.2.a. Accordingly, Plaintiffs are delivering the native video to the Clerk's Office on a clearly labeled digital storage device attached to a captioned cover page identifying this case and filing, with a copy of this Notice attached to the device, and are providing two copies of the device—one for the Clerk's Office file and one marked "Judge's Copy" for chambers. See ECF Procedures Manual §§ II.A.3.c, III.C.4.c.ii, III.E.1.f, III.E.2.b. The device will be delivered to: United States District Court, District of Utah, Orrin G. Hatch Courthouse, 351 S. West Temple St., Room 1.100, Salt Lake City, UT 84101.

3.    For the Court's convenience, representative still images and identifying information appear at Tab 2 of Plaintiffs' Supplemental Appendix, and the content of the video is transcribed in the deposition of Vicky Arlene Johnston. Pls' App., ECF 151, Ex. 1 (Johnston Dep.) 165:1–167:3 & Dep. Ex. 24.

4.    To the extent any other exhibit cited in Plaintiffs' Supplemental Appendix is a native audio or video file rather than a still image, it is likewise filed by this Notice and delivered on the same digital storage device.

DATED this 23rd day of May, 2026.

Respectfully submitted,

/Brandon J. Leavitt/
**Brandon James Leavitt**
Texas Bar No. 24078841 (pro hac vice)
LEAVITT & ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, TX 76017
(214) 727-2055
brandon@uslawpros.com

Jason K. Smith (Utah Bar No. 14323)
MK SMITH, APC
Local Counsel for Plaintiffs
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I caused the foregoing document to be filed

with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification

of such filing to all counsel of record.

/Brandon J. Leavitt/
Brandon James Leavitt