Eldredge Law Firm
4204 SW Green Oaks Blvd #140
Arlington, Texas 76017
www.uslawpros.com

9589 0710 5270 2633 2764 08

Retail

U.S. POSTAGE PAID
FCM LG ENV
ARLINGTON, TX 76017
MAY 29, 2026

84101

$11.60

RDC 99

S2324K502474-94

United States District Court
District of Utah
Orrin G. Hatch Courthouse
351 S. West Temple St., Room 1.100
Salt Lake City, UT 84101