Eldredge Law Firm
4204 SW Green Oaks Blvd #140
Arlington, Texas 76017
www.uslawpros.com

CERTIFIED MAIL

9589 0710 5270 2633 2764 15

**Retail**

RDC 99

84101

U.S. POSTAGE PAID
FCM LG ENV
ARLINGTON, TX 76017
JUN 12, 2026

**$11.60**

S2324K502480-24

Orrin G. Hatch Courthouse
351 S. West Temple St. Rm 1100
Salt Lake City, UT 84101